# State of California
## Secretary of State

## CERTIFICATE OF STATUS
## FOREIGN CORPORATION

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That on the **21st day of October, 1998**, **VALUECLICK, INC.**, a corporation organized and existing under the laws of **Delaware**, complied with the requirements of California law in effect on that date for the purpose of qualifying to transact intrastate business in this State; and

That the above corporation is entitled to transact intrastate business in the State of California as of the date of this certificate, however, subject to any licensing requirements otherwise imposed by the laws of this State; and

That no information is available in this office on the financial condition, business activity or practices of this corporation.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of March 5, 2007.



DEBRA BOWEN
Secretary of State

NP-25 (REV 01/2007)

ch

```
03/05/07  SSCPA06              STATUS INQUIRY           PAGE 1        11:40:58.4
                                                                      CPOISTA3
NAME   VALUECLICK, INC.



CORP NO C2123896      INC. DATE 10/21/1998   STATUS ACTIVE
FOREIGN STOCK                     CLASS
                   NO OF PAGES 03            ST/CTRY DELAWARE

STMNT/OFFICERS   LAST COMPLETE C  DATE 08/08/05  NO 0707377
                 COMPL/NC     N   DATE 10/10/06  NO 0720870
                 AMENDMENT    A   DATE 12/31/01  NO 0693730


PRINCIPAL EXECUTIVE ADDR 30699 RUSSELL RANCH RD STE 250

         CITY/ST/CNTRY WESTLAKE VILLAGE         CALIFORNIA
                                                ZIP  91362
CALIFORNIA ADDRESS    30699 RUSSELL RANCH RD STE 250

              CITY WESTLAKE VILLAGE         CA    91362

MAILING ADDRESS
                      30699 RUSSELL RANCH RD STE 250

         CITY/ST/CNTRY WESTLAKE VILLAGE         CALIFORNIA
                                                ZIP  91362
CEO      NAME JAMES R ZARLEY
              ADDRESS 30699 RUSSELL RANCH RD STE 250

         CITY/ST/CNTRY WESTLAKE VILLAGE         CALIFORNIA
                                                ZIP  91362

AGENT    NAME NATIONAL REGISTERED AGENTS, INC.
              ADDRESS 2030 MAIN STREET STE 1030

              CITY IRVINE                   CA    92614

TYPE OF BUSINESS  INTERNET ADVERTISING
ENTR=CONTINUE     PF2=HISTORY       PF3=BACK TO WORKSCREEN     PF10=MAIN MENU
```



# State of California
## Secretary of State



**STATEMENT OF INFORMATION**
(Foreign Corporation)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. CORPORATE NAME  Please do not alter if name is preprinted

C2123896
VALUECLICK, INC.
4353 PARK TERRACE DRIVE
WESTLAKE VILLAGE CA 91361

05-707377

**FILED**
in the office of the Secretary of State
of the State of California

AUG 0 8 2005

This Space For Filing Use Only

**DUE DATE:** 10-31-05

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 2117.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 11

If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — 30700 Russell Ranch Rd Suite 250 — CITY AND STATE: Westlake Village, CA — ZIP CODE: 91362

4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — 30700 Russell Ranch Rd Suite 250 — CITY: Westlake Village — STATE: CA — ZIP CODE: 91362

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER — James R. Zarley — ADDRESS: 30700 Russell Ranch Rd Ste 250 — CITY AND STATE: Westlake Village, CA — ZIP CODE: 91362

6. SECRETARY — Scott P. Barlow — ADDRESS: 30700 Russell Ranch Rd Ste 250 — CITY AND STATE: Westlake Village, CA — ZIP CODE: 91362

7. CHIEF FINANCIAL OFFICER — Sam Paisley — ADDRESS: 30700 Russell Ranch Rd Ste 250 — CITY AND STATE: Westlake Village, CA — ZIP CODE: 91362

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 9 must be left blank.)

8. NAME OF AGENT FOR SERVICE OF PROCESS — National Registered Agents Inc

9. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — 2010 Main St Suite 1250 — CITY: Irvine — STATE: CA — ZIP CODE: 92614

**TYPE OF BUSINESS**

10. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION — Internet Provider

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

_____ / _signature_ / TITLE: Secretary / DATE: 9-20-05
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM / SIGNATURE / TITLE / DATE

APPROVED BY SECRETARY OF STATE

SI-350 REV 05 2005

2123896  cc



FILED
In the office of the Secretary of State
of the State of California

OCT 21 1998

BILL JONES, Secretary of State

**STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION**

ValueClick, Inc., a corporation organized and existing under the laws of Delaware, makes the following statements and designation:

1. The address of its principal executive office is 1333 De La Vina Street, Suite E, Santa Barbara, California 93101.

2. The address of its principal office in the State of California is 1333 De La Vina Street, Suite E, Santa Barbara, California 93101.

**DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA**
(Complete Either Item 3 or Item 4)

3. (Use this paragraph if the process agent is a natural person.)

    Brian Coryat, a natural person residing in the State of California, whose complete address is 1333 De La Vina Street, Suite E, Santa Barbara, California 93101, is designated as agent upon whom process directed to the undersigned corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process agent is a corporation.)

    __N/A_____, a corporation organized and existing under the laws of _____, is designated as agent upon whom process directed to the undersigned corporation may be served within the State of California, in the manner provided by law.

NOTE: Before a corporation may be designated by any other corporation as an agent for service of process, a corporate agent must have complied with Section 1505, California Corporations Code.

5.  The undersigned corporation hereby irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

ValueClick, Inc.

By: _____
Brian Coryat, President

F:\DMS\5299.001\0272387.WP

*State of Delaware*  PAGE 1

## Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "VALUECLICK, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTEENTH DAY OF OCTOBER, A.D. 1998.

*Edward J. Freel, Secretary of State*

AUTHENTICATION:

DATE: