# State of California
## Secretary of State

### CERTIFICATE OF STATUS

| | |
|---|---|
| **ENTITY NAME:** | VC E-COMMERCE SOLUTIONS, INC. |
| **ENTITY FILE NUMBER:** | C2391356 |
| **ENTITY FILE DATE:** | FEBRUARY 21, 2002 |
| **ENTITY TYPE:** | DOMESTIC CORPORATION |
| **ENTITY JURISDICTION:** | CALIFORNIA |
| **ENTITY STATUS:** | SUSPENDED |

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the corporate powers, rights and privileges of the above-referenced entity were suspended by the Secretary of State on February 2, 2006 pursuant to the provisions of the California Corporations Code;

That the powers, rights and privileges of the above-referenced entity were suspended by the California Franchise Tax Board on September 1, 2006 pursuant to the provisions of the California Revenue and Taxation Code; and

That the powers, rights and privileges of the above-referenced entity remain suspended, reinstatement never having been effected.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of March 5, 2007.

**DEBRA BOWEN**
Secretary of State

ch

NP-25 (REV 01/2007)

```
03/05/07  SSCPA06              STATUS INQUIRY              PAGE 1          11:38:57.9
                                                                           CPOISTA3
NAME   VC E-COMMERCE SOLUTIONS, INC.



CORP NO C2391356      INC. DATE 02/21/2002  STATUS SOS/FTB SP    02/02/2006
DOMESTIC STOCK                  CLASS
                   NO OF PAGES 01           ST/CTRY

STMNT/OFFICERS    LAST COMPLETE C  DATE 09/22/03   NO E025084
                  COMPL/NC      C  DATE 03/29/02   NO 0658691
                  AMENDMENT        DATE            NO


PRINCIPAL EXECUTIVE ADDR  15360 VENTURA BLVD., SUITE 1750

         CITY/ST/CNTRY LOS ANGELES            CALIFORNIA
                                              ZIP   91403
CALIFORNIA ADDRESS        15360 VENTURA BLVD., SUITE 1750

              CITY LOS ANGELES                 CA    91403

MAILING ADDRESS          FARSHAD FARDAD
                         15360 VENTURA BLVD., SUITE 1750

         CITY/ST/CNTRY LOS ANGELES            CALIFORNIA
                                              ZIP   91403
CEO      NAME FARID TABIBZADEH
              ADDRESS 15360 VENTURA BLVD., SUITE 1750

         CITY/ST/CNTRY LOS ANGELES             CA
                                              ZIP   91403

AGENT    NAME MARK P. COLASUONNO
              ADDRESS 419 S. MYRTLE AVE.

              CITY MONROVIA                    CA    91016

TYPE OF BUSINESS MULTI-MEDIA ADVERTISING
ENTR=CONTINUE       PF2=HISTORY       PF3=BACK TO WORKSCREEN      PF10=MAIN MENU
```



**State of California**
**Kevin Shelley**
**Secretary of State**
STATEMENT OF INFORMATION
(Domestic Stock Corporation)

E-025084

FILED
SACRAMENTO, CALIF.

Sep - 22 2003

*Kevin Shelley*
Kevin Shelley
Secretary of State

This Space For Filing Use Only

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. CORPORATE NAME: (Please do not alter if name is preprinted.)
C2391366
RX TODAY, INC

FARSHAD FARDAD
15360 VENTURA BLVD., SUITE 1750
LOS ANGELES, CA 91403

CALIFORNIA CORPORATE DISCLOSURE ACT (Corporations Code section 1502)

2. ☐ CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED. IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP). SEE ITEM 2 OF INSTRUCTIONS.

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 3 and 4 cannot be PO Boxes.)

3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY AND STATE — ZIP CODE
15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

5. MAILING ADDRESS — CITY AND STATE — ZIP CODE
FARSHAD FARDAD  15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this statement must not be altered.)

6. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY AND STATE — ZIP CODE
FARID TABIBZADEH   15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

7. SECRETARY/ — ADDRESS — CITY AND STATE — ZIP CODE
PATRICK T. FINN   15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

8. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY AND STATE — ZIP CODE
SHAHAB EMRANI   15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

9. NAME — ADDRESS — CITY AND STATE — ZIP CODE
FARID TABIBIZADEH   15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

10. NAME — ADDRESS — CITY AND STATE — ZIP CODE
FARNAM FARDAD   15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

11. NAME — ADDRESS — CITY AND STATE — ZIP CODE
FARSHAD FARDAD   15360 VENTURA BLVD., SUITE 1750   LOS ANGELES, CA   91403

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:   0

AGENT FOR SERVICE OF PROCESS
* If an individual, the agent must reside in California and Item 14 must be completed with a California address.
* If another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.

13. NAME OF AGENT FOR SERVICE OF PROCESS
MARK P. COLASUONNO

14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE — ZIP CODE
419 S. MYRTLE AVE.   MONROVIA, CA   91016

TYPE OF BUSINESS

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MULTI-MEDIA ADVERTISING

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

FARSHAD FARDAD _____ PRESIDENT   09/22/2003
TYPE OR PRINT NAME OF OFFICER OR AGENT — SIGNATURE — TITLE — DATE
APPROVED BY SECRETARY OF STATE

SI-200 C (REV 04/2003)

# California Business Portal

**Secretary of State DEBRA BOWEN**

DISCLAIMER: The information displayed here is current as of JUN 08, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| VC E-COMMERCE SOLUTIONS, INC. |||
| Number: C2391356 | Date Filed: 2/21/2002 | Status: suspended |
| Jurisdiction: California |||
| Address |||
| 15360 VENTURA BLVD., SUITE 1750 |||
| LOS ANGELES, CA 91403 |||
| Agent for Service of Process |||
| MARK P. COLASUONNO |||
| 419 S. MYRTLE AVE. |||
| MONROVIA, CA 91016 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.