# PromotionsGateway.com



Just enter your zip!

I certify that **I am a U.S. Resident over the age of 18**, and I agree to the privacy policy and participation terms.

PROMOTIONSGATEWAY.COM IS NOT AFFILIATED OR ASSOCIATED WITH AND HAS NOT RECEIVED ANY CONSIDERATION FROM ANY OF THE ABOVE ENTITIES

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions before you can receive your FREE reward. Eligibility requirements include signing up for at least 2 Silver, 2 Gold and 2 Platinum offers. Available offers will vary and some offers may require a purchase to qualify. Those qualifying for Gift Card rewards will have the option of receiving a Visa gift card or a retailer's gift card where available.

Copyright © 2006 PromotionsGateway.com - PromotionsGateway.com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by PromotionsGateway.com. If you have any questions regarding this offer, please review our help section or contact us by clicking here.

Login | Contact Us | FAQ's | Your Privacy Rights | Advertise



# TERMS & CONDITIONS

**Effective Date: January 20, 2005.**
Welcome to the Promotions Gateway Web site (hereinafter "PG" or the "Site"). The following terms and conditions and any other policies, notices, rules or guidelines posted on the Site shall govern your use of the Site. Because these Terms and Conditions contain legal obligations, please read them carefully.

## 1. YOUR AGREEMENT
By using this Site, you agree to be bound by, and to comply with, these Terms and Conditions, unless you offer different terms that are accepted in writing by PG. You also agree to comply with any guidelines or rules posted on this site and all such guidelines and rules posted are hereby incorporated by reference into these Terms and Conditions. If you are dissatisfied with this Site, its content or Terms and Conditions or other legal notices, you agree that your sole and exclusive remedy is to discontinue using this Site.

**PLEASE NOTE:** We reserve the right, at our sole discretion, to change, modify or otherwise alter these Terms and Conditions at any time. Unless otherwise indicated, amendments will become effective immediately. Please review these Terms and Conditions periodically. Your continued use of the Site following the posting of changes and/or modifications will constitute your acceptance of the revised Terms and Conditions and the reasonableness of these standards for notice of changes unless you offer different terms that are accepted by PG. For your information, this page was last updated as of the date at the top of these terms and conditions. You can obtain a printed copy of the most current Terms and Conditions by writing to us at the address set forth in the notice provision below.

## 2. PRIVACY
Please review our Privacy Policy, which also governs your visit to this Site, to understand our practices.

## 3. ELIGIBILITY & RULES OF PARTICIPATION

A. To be eligible to participate in PG's Rewards program, you must be at least 18 years of age and reside in the continental United States, Alaska or Hawaii and there must be no other accounts in your household. Corporations or other business entities are not eligible to participate.

**B. Eligible participants must comply with the following rules and requirements in order to receive a reward: (i) establish and maintain only one account, and that account must be registered to a unique e-mail address; (ii) provide valid and truthful information as requested by PG or a participating advertiser; (iii) have cookies enabled; and (iv) access an advertiser's site through the Site.**

C. By using this site, you represent that you will be responsible for maintaining the confidentiality of your account and for restricting access to your computer. You also agree to be responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security. PG will not be responsible for any loss or damage arising from your failure to comply with your responsibilities and obligations under these Terms and Conditions. By entering any information on this Site, you represent and warrant that you: (i) are at least 18 years of age; (ii) are using your actual identity; (iii) have provided only true, accurate, current and complete information; (iv) will maintain and promptly update the information that you provide to keep it true, accurate, current and complete; and (v) are using PG solely for your own enjoyment and not on behalf of or for the benefit of any third

parties.

**4. TERMINATION AND CANCELLATION.**
PG may - at its sole discretion and for any reason or no reason at all - terminate any account and deny any reward without prior notice for (a) any violation of any provision of this Agreement; (b) aiding in or promoting circumvention of the PG Rewards Program, including, but not limited to, using any account to accrue a free gift for a third party or using a third party's account to accrue a free gift for yourself; (c) acting against the business interests or reputation of PG; (d) otherwise acting unlawfully in relationship to PG, the Site or the Rewards Program; (e) inactivity (defined as the failure to earn any free gift in your PG account) for a continuous six-month period; (f) PG's reasonable suspicion of any of the activity listed in 4(a)-(d); or (g) any other reason at the discretion of PG. If your account is terminated, you may not re-enroll or join under a new account without PG's prior written authorization. You may cancel Your Membership at anytime by sending an e-mail to CustomerService@PromotionsGateway.com. If you decide to cancel your membership and later wish to re-enroll, you will not receive credit for any activity under your prior account.

**5. USER CONDUCT**

(a) Any conduct by you that in our sole discretion restricts or inhibits any other user from using or enjoying the Site (or any linked site) will not be permitted. You agree not to access or attempt to access the non-public areas of the Site or any other user's information or impersonate any person or entity or otherwise falsely state or misrepresent your affiliation with a person or entity.

(b) You agree that your data, content, and any information provided or used on Site, as well as your use of our Site, Products and Services will not infringe or facilitate infringement on any copyright, patent, trademark, trade secret, or other proprietary, publicity, or privacy rights (collectively "Rights") of any party, including the Rights of third-parties; or contain or promote any viruses, Trojan horses, worms, time bombs or other computer programming or code that is designed or intended to damage, destroy, intercept, download, interfere, manipulate, or otherwise interrupt or expropriate the Site, data, personal information, software, equipment, servers or content or facilitate or promote hacking or similar conduct. You also agree not to make any attempt to earn or redeem rewards in a manner inconsistent with this Agreement.

**6. CLAIMING YOUR REWARD.**

(a) To claim your reward you must perform all of the following: (i) provide and submit Your correct name, email address and current mailing address; and (ii) sign-up and, where applicable, get approved for, activate and/or any other conditions that may be stated in the offer and as determined by PG in its reasonable discretion, for at least 2 Silver, 2 Gold and 2 Platinum offers.

(iv) Complete and submit the Reward Key Form (you will receive the Reward Key Form from our Customer Service Dept via e-mail when you have qualified for your reward) within 90 days after satisfying the requirements of the Silver, Gold and Platinum offers;

(b) PG reserves the right to substitute any reward with another reward having similar functionality and/or value or with its cash equivalent as determined by PG in its reasonable discretion

**7. MONITORING YOUR ACCOUNT.**
You may view your account balance at the PG "Reward Status" web page. Account information is updated as confirmation is received from PG's advertisers. If you have a question about your account, you may visit our Help page or send out customer service department an e-mail from out "Contact Us" page on the PG site.

**8. Promotions Gateway MARKETING MATERIALS.**
By signing up for Promotions Gateway you are giving your consent to receive promotions or

newsletters from PG, its affiliated entities and/or third-party marketing partners. If you do not wish to receive these emails, you may request to be removed by using the opt-out mechanism listed in the email messages you receive. To opt-out of email promotions from Promotions Gateway alone, you may send an e-mail to unsubscribe@PromotionsGateway.com. Please note that exercising an opt-out mechanism only applies to the company with which you exercised that right.

### 9. RELATIONSHIP WITH MARKETING PARTNERS.
Participating advertisers are independent third parties and R.G.com is not acting as a principal, agent or broker with respect to any advertisers. Your relationship with any such advertiser whose offer you respond to is solely between You and the advertiser. You agree not to hold PG liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the content provided by such partners through the Service.

### 10. DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

A. YOU EXPRESSLY UNDERSTAND AND AGREE THAT: (i) YOUR USE OF THE SITE IS AT YOUR SOLE RISK; (ii) THE PRODUCTS AND SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS; (iii) EXCEPT AS EXPRESSLY PROVIDED HEREIN WE EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, TITLE AND NON-INFRINGEMENT; (iv) ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SITE IS DONE AT YOUR OWN DISCRETION AND RISK; (v) YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR FOR ANY LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL OR OPENING ANY EMAIL SENT BY US; (vi) WE MAKE NO WARRANTY WITH RESPECT TO THE ACCURACY, THE RESULTS THAT MAY BE OBTAINED OR THE RELIABILITY OF ANY INFORMATION, CONTENT, SERVICE OR MERCHANDISE PROVIDED OR ADVERTISED THROUGH THE SITE OR THAT THE CONTENT PROVIDED ON THE SITE IS APPLICABLE TO, OR APPROPRIATE FOR USE IN, LOCATIONS OUTSIDE OF THE UNITED STATES ; and (vii) NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH OR FROM THE SITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THESE TERMS AND CONDITIONS.

B. EXCEPT AS EXPRESSLY STATED HEREIN WE MAKE NO WARRANTY THAT: (i) ANY PRODUCT OR SERVICE WILL MEET YOUR REQUIREMENTS; (ii) ANY PRODUCT OR SERVICE WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE; (iii) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF ANY PRODUCT OR SERVICE WILL BE ACCURATE OR RELIABLE: (iv) THE QUALITY OF ANY PRODUCT, SERVICE, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH ANY PRODUCT OR SERVICE WILL MEET YOUR EXPECTATIONS; OR (v) ANY DEFECTS WILL BE CORRECTED.

C. YOU UNDERSTAND AND AGREE THAT EXCEPT AS EXPRESSLY SET FORTH HEREIN OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUPPLIERS OR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING, TRANSMITTING, OR DISTRIBUTING THE SITE OR RELATED PRODUCTS OR SERVICES (COLLECTIVELY THE "PG UMBRELLA") SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (i) YOUR USE OR INABILITY TO USE THE SERVICE; (ii) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICE; (iii) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (iv) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SITE; (v) OR ACTS OF NATURE, FORCES, OR CAUSES BEYOND OUR REASONABLE CONTROL, INCLUDING, WITHOUT LIMITATION, INTERNET FAILURES, COMPUTER

EQUIPMENT FAILURES, TELECOMMUNICATION EQUIPMENT OR OTHER EQUIPMENT FAILURES, ELECTRICAL POWER FAILURES, STRIKES, LABOR DISPUTES, RIOTS, INSURRECTIONS, CIVIL DISTURBANCES, SHORTAGES OF LABOR OR MATERIALS, FIRES, FLOODS, STORMS, EXPLOSIONS, ACTS OF GOD, WAR, GOVERNMENTAL ACTIONS, ORDERS OF DOMESTIC OR FOREIGN COURTS OR TRIBUNALS, NON-PERFORMANCE OF THIRD PARTIES, OR LOSS OF OR FLUCTUATIONS IN HEAT, LIGHT, OR AIR CONDITIONING or (vi) ANY OTHER MATTER RELATING TO THE SITE HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY (INCLUDING NEGLIGENCE). IN NO EVENT SHALL OUR TOTAL LIABILTY TO YOU FOR ALL DAMAGES, LOSSES AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE EXCEED THE VALUE OF THE REWARD OFFERED TO YOU BY PG. THE FOREGOING LIMITATIONS SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY.

**11. EXCLUSIONS AND LIMITATIONS**
SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, OUR LIABILITY IN SUCH JURISDICTION SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

**12. MONITORING SITE USAGE**
We may elect to electronically monitor areas of the Site and may disclose any content, records, or electronic communication of any kind (i) to satisfy any law, regulation, or government request; (ii) if such disclosure is necessary or appropriate to operate the Site; or (iii) to protect our rights or property or the rights of the users, sponsors, providers, licensors, or merchants.

**13. SUBMISSION OF IDEAS**
We constantly are improving our Site and developing new features. If you have ideas regarding improvements or additions to PG, we would like to hear them - but any submission will be subject to these Terms and Conditions. UNDER NO CIRCUMSTANCES WILL ANY DISCLOSURE OF ANY IDEA OR RELATED MATERIALS TO PG BE SUBJECT TO ANY OBLIGATION OF CONFIDENTIALITY OR EXPECTATION OF COMPENSATION. BY SUBMITTING AN IDEA AND/OR ANY RELATED MATERIAL TO US, YOU ARE WAIVING ANY AND ALL RIGHTS THAT YOU MAY HAVE IN THE IDEA OR ANY RELATED MATERIALS, AND YOU ARE REPRESENTING AND WARRANTING TO US THAT THE IDEA AND RELATED MATERIALS ARE WHOLLY ORIGINAL WITH YOU, THAT NO ONE ELSE HAS ANY RIGHTS IN THE IDEA OR MATERIALS AND THAT WE ARE FREE TO IMPLEMENT THE IDEA AND TO USE THE MATERIALS IF IT SO DESIRES, AS PROVIDED OR AS MODIFIED BY US, WITHOUT OBTAINING PERMISSION OR LICENSE FROM ANY THIRD PARTY.

**14. NOTICE**
Except as explicitly stated otherwise, any notices provided by us may be made by an updated posting on the Site, by postal mail or by email to the most recent address that you have provided. Notices to us shall be given by postal mail or e-mail (with a copy by postal mail): Promotions Gateway, 22647 Ventura Blvd Suite 258, Woodland Hills, CA 91364, CustomerService@PromotionsGateway.com.

**15. LANGUAGE**
It is the express will of the parties that this agreement and all related documents have been drawn up in English. C'est la volonté expresse des parties que la présente convention ainsi que les documents qui s'y rattachent soient rédigés en anglais.

**16. INDEMNITY**
By using the Site web sites you agree to indemnify PG and the PG Umbrella (collectively "Indemnities") and hold them harmless from any and all claims and expenses, including (without limitation) attorney's fees, arising from your use of the Site web sites, your use of the Products and Services, or your submission of ideas and/or related materials to PG or from any person's use of any ID, membership or password you maintain with any portion of the Site, regardless of whether such use is authorized by you. By using the Site, the Products and Services, or submitting

any ideas and/or related materials to us, you are hereby agreeing to release Indemnities from any and all claims, demands, debts, obligations, damages (actual or consequential), costs, and expenses of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, disclosed or undisclosed, that you may have against them arising out of or in any way related to such disputes and/or to the Products and Services or to any disputes regarding use of ideas and/or related materials submitted to Indemnities. YOU AGREE TO WAIVE TO, THE FULLEST EXTENT PERMITTED BY LAW, ALL LAWS THAT MAY LIMIT THE EFFICACY OF SUCH INDEMNIFICATIONS OR RELEASES. FOR EXAMPLE, YOU SPECIFICALLY AGREE TO WAIVE THE PROVISIONS OF CALIFORNIA CIVIL CODE SECTION 1542, WHICH PROVIDES:

"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

**17. COPYRIGHT AND TRADEMARK NOTICE**
PG © 2004-2005, VC E-Commerce Solutions, Inc. ("VCES"). All rights reserved. Promotions Gateway is a trademark of VCES. Except as expressly provided, nothing within the Site shall be construed as conferring any license under our or any third party's intellectual property rights, whether by estoppel, implication, waiver, or otherwise. Without limiting the generality of the foregoing, you acknowledge and agree that all content available through and used to operate the Site and its services is protected by copyright, trademark, patent, or other proprietary rights of PG and its affiliates, licensors, and service providers. You agree not to: (i) modify, alter, or deface any of the trademarks, service marks, trade dress (collectively "Trademarks") or other intellectual property made available by us in connection with the Site; (ii) hold yourself out as in any way sponsored by, affiliated with, or endorsed by us, or any of our affiliates or service providers; (iii) use any of the Trademarks or other content accessible through the Site for any purpose other than the purpose for which we have made it available to you; (iv) defame or disparage us, our Trademarks, or any aspect of the Site; and (v) adapt, translate, modify, decompile, disassemble, or reverse engineer the Site or any software or programs used in connection with it or its Products and Services. Links to the Site without PG's express written permission are strictly prohibited. The framing, mirroring, scraping or data mining of the Site or any of its content in any form and by any method is expressly prohibited.

**18. INTELLECTUAL PROPERTY INFRINGEMENT CLAIMS**
It is the policy of the PG to respond expeditiously to claims of intellectual property infringement. We will promptly process and investigate notices of alleged infringement and will take appropriate actions under the Digital Millennium Copyright Act ("DMCA") and other applicable intellectual property laws. Notices of claimed infringement should be directed to:

Registered Copyright Agent
Promotions Gateway
22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364
Email Address: CustomerService@PromotionsGateway.com

**19. PLACE OF PERFORMANCE**
You understand and agree that PG, as a division of VCES, does business only in the State of California. VCES does not own or operate any facilities outside of California. References to any PG product or service do not constitute an offer to sell or supply that product or service, nor does it mean that the product or service is available in all jurisdictions. Those who choose to access this site from locations outside California do so on their own initiative and are responsible for compliance with all applicable local laws.

**20. GENERAL**

A. Choice of Law, Limitation of Actions, Severability, Non-Waiver and MePGer. These Terms and

Conditions will be governed in all respects by the laws of the State of California as such laws are applied to agreements entered into and to be performed entirely within California between California residents. You hereby consent to jurisdiction and venue in the state and federal courts in Los Angeles County, California for such purpose, waive the personal service of any process upon them and agree that service may be effected by overnight mail (using a commercially recognized service) or by U.S. mail with delivery receipt to the address you provided to PG) and agree that any claim against us must be filed within one (1) year of the time such claim arises, regardless of any law to the contrary; otherwise your claim will be barred forever. If any provision of these Terms and Conditions is held to be invalid or unenforceable, the provision shall be removed (or interpreted, if possible, in a manner as to be enforceable), and the remaining provisions shall be enforced. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter contained herein and supersede any other agreement, proposals and communications, written or oral, between PG's representatives and you with respect to the subject matter hereof, including any terms and conditions on any of customer's documents or purchase orders.

B. No Joint Venture, No Derogation of Rights. You agree that no joint venture, partnership, employment, or agency relationship exists between you and PG as a result of these Terms and Conditions or your use of the Site. Our performance of these Terms and Conditions is subject to existing laws and legal process, and nothing contained herein is in derogation of our right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Site or information provided to or gathered by us with respect to such use.