X

| | |
|---|---|
| From: | "CustomerService" <CustomerService@90.cityain.com> |
| To: | ▒▒▒▒▒@asis.com> |
| Sent: | Monday, December 04, 2006 12:39 PM |
| Subject: | ▒▒▒▒▒@asis.com, Congratutlations on your Lowes or Home Depot GiftCard Offer |

---

Home Depot or Lowe's $500 GiftCard Offer Confirmation

---

Hello ▒▒▒▒▒@asis.com,

Would you like a FREE* $500 gift Card to Home Depot or Lowe's? To receive your gift*, please click on or cut and paste:

http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30

We have been trying to reach you in order to deliver your Free* Home Depot or Lowe's $500 Gift Card.

http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30

Participate now and choose Home Depot or Lowe's $500 Gift Card!

<a href="http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30"> Please visit our website and verify your zipcode</a>

Thank you and ENJOY!

Sincerely,

Jay Tyler
Customer Service Rep.


Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers. Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners,

4/30/2007

who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at: 22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

<a href=http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30> Click Here</a>

To unsubscribe from this Advertisement, go to:
http://cityain.com/o/?ConfirmationDept.0-84733re-m3591s.asis.com.▬▬▬▬?r

or mail a written request to cityain | 2034 E Lincoln Ave #240 | Anaheim, Ca  92806-4101 - USA

4/30/2007

```
X-UIDL: 1bbc67df25429f89f197a3b09c46cdc1
Return-Path: <CustomerService@90.cityain.com>
Received: from psmtp.com (exprod5mx153.postini.com [64.18.0.222])
        by red.asis.com (8.13.3/8.13.3) with SMTP id kB4IRCfe017973
        for <████████@asis.com>; Mon, 4 Dec 2006 10:27:13 -0800 (PST)
        (envelope-from CustomerService@90.cityain.com)
Message-Id: <200612041827.kB4IRCfe017973@red.asis.com>
Received: from source ([69.44.128.90]) by exprod5mx153.postini.com ([64.18.4.14])
with SMTP;
        Mon, 04 Dec 2006 10:27:12 PST
Date: Mon, 04 Dec 2006 11:39:22 -0800
From: "CustomerService" <CustomerService@90.cityain.com>
To: <████████@asis.com>
Subject: ████████@asis.com, Congratutlations on your Lowes or Home Depot
GiftCard Offer
Content-Type: text/plain; charset="us-ascii"
X-pstn-levels:   (S: 0.00000/ 2.29289 R:95.9108 P:95.9108 M:95.5423 C:65.6198 )
X-pstn-settings: 3 (1.0000:1.5000) S gt3 gt2 gt1 r p m C
X-pstn-addresses: from <CustomerService@90.cityain.com> [30/1]
X-Virus-Scanned: ClamAV 0.88.6/2277/Mon Dec  4 09:10:23 2006 on red.asis.com
X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit
X-MIME-Autoconverted: from quoted-printable to 8bit by red.asis.com id
kB4IRCfe017973
```

---
Home Depot or Lowe's $500 GiftCard Offer Confirmation
---

Hello ████████@asis.com,

Would you like a FREE* $500 gift Card to Home Depot or Lowe's?  To receive your gift*, please click on or cut and paste:

http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30

We have been trying to reach you in order to deliver your Free* Home Depot or Lowe's $500 Gift Card.

http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30

Participate now and choose Home Depot or Lowe's $500 Gift Card!

<a href="http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30"> Please visit our website and verify your zipcode</a>

Thank you and ENJOY!

Sincerely,

Jay Tyler
Customer Service Rep.

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at: 22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

<a href=http://cityain.com/75/home33.htm?3lq-7sh4-2pjj5-xm30> Click Here</a>

To unsubscribe from this Advertisement, go to:
http://cityain.com/o/?ConfirmationDept.0-84733re-m3591s.asis.com.███████?r

or mail a written request to cityain | 2034 E Lincoln Ave #240 | Anaheim, Ca 92806-4101 - USA

X _____ 4/30/_____

**From:** "Blue Light Special" <BlueLight@146.tryeway.com>
**To:** <█████████@asis.com>
**Sent:** Tuesday, February 28, 2006 4:49 AM
**Subject:** Congratulations █████████@asis.com on your Kmart $500 Gift Card Offer

---
K-mart $500 Gift Card Offer Confirmation #169J-KT430V1F
To: Member #7682 Email: █████████@asis.com
---

Hello █████████@asis.com,

To receive your gift, please click on or cut and paste:
http://host.ewaywire.com/22/kmart.html

We have been trying to reach you in order to deliver your Free* K-mart $500 Gift Card.

<a href="http://host.ewaywire.com/22/kmart.html">Please verify your shipping address and zipcode.</a>

Rewards Gateway has for you this K-mart $500 Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://host.ewaywire.com/22/kmart.html

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility

4/30/2007

requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

---

You have reicved this advertisement from My Eway

If you're not happy with this email and wish to remove check this URL:
http://ewaywire.com/unsub.php?asis.com.

Also you may direct communications here:
My Eway
5023 W 120th Ave., #175
Broomfield, CO 80020

---

```
Return-Path: <BlueLight@146.tryeway.com>
Received: from psmtp.com (exprod5mx139.postini.com [64.18.0.94])
        by red.asis.com (8.13.3/8.13.3) with SMTP id k21BoW8O020358
        for <██████████@asis.com>; Wed, 1 Mar 2006 03:50:32 -0800 (PST)
        (envelope-from BlueLight@146.tryeway.com)
Message-Id: <200603011150.k21BoW8O020358@red.asis.com>
Received: from source ([64.194.175.146]) by exprod5mx139.postini.com ([64.18.4.10])
with SMTP;
        Wed, 01 Mar 2006 06:49:59 EST
Date: Tue, 28 Feb 2006 04:49:15 -0700
From: "Blue Light Special" <BlueLight@146.tryeway.com>
To: ██████████@asis.com>
Subject: Congratulations ██████████@asis.com on your Kmart $500 Gift Card
Offer
Content-Type: text/plain; charset="us-ascii"
X-pstn-levels:     (S: 0.00000/69.47855 )
X-pstn-settings: 1 (0.1500:0.1500) gt3 gt2 gt1
X-pstn-addresses: from <BlueLight@146.tryeway.com> [30/1]
X-Virus-Scanned: ClamAV 0.87/1308/Wed Mar  1 02:13:39 2006 on red.asis.com
X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit
X-MIME-Autoconverted: from quoted-printable to 8bit by red.asis.com id
k21BoW8O020358
```

---------------------------------------------------------

K-mart $500 Gift Card Offer Confirmation #169J-KT430V1F
To: Member #7682 Email: ██████████@asis.com

---------------------------------------------------------

Hello ██████████@asis.com,

To receive your gift, please click on or cut and paste:
http://host.ewaywire.com/22/kmart.html

We have been trying to reach you in order to deliver your Free* K-mart $500 Gift Card.

<a href="http://host.ewaywire.com/22/kmart.html">Please verify your shipping address and zipcode.</a>

Rewards Gateway has for you this K-mart $500 Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://host.ewaywire.com/22/kmart.html

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

---------------------------------------------------------
You have reicved this advertisement from My Eway

If you're not happy with this email and wish to remove check this URL:
http://ewaywire.com/unsub.php?asis.com.-█████████

Also you may direct communications here:
My Eway
5023 W 120th Ave., #175
Broomfield, CO 80020
-----------------------------------------------------------