X

| | |
|---|---|
| From: | "ShippingDept" <ShippingDept@242.sumnic.com> |
| To: | <███@asis.com> |
| Sent: | Tuesday, November 28, 2006 4:55 AM |
| Subject: | Congratulations dwiley@asis.com on your Sony 42" Widescreen Plasma TV offer |

---

Panasonic or Sony 42" Widescreen Plasma TV Offer Confirmation 452-P67RTG
To: Member #0682  Email:███@asis.com

---

Hi ███@asis.com,

To receive your gift, please click on or cut and paste:

http://sumnic.com/75/plas75.htm?2z4-0djey7-c4b8-3-pjuc

We have been trying to reach you in order to deliver your Free* Panasonic or Sony 42" Widescreen Plasma TV, just for answering a short survey and participating in the offers provided..

<a href="http://sumnic.com/75/plas75.htm?2z4-0djey7-c4b8-3-pjuc"> Please verify your zipcode.</a>


Thank you and ENJOY!

Sincerely,

Anna Brown
Customer Service Rep.




Notice: * To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: Unsub@RewardsGateway com or write to us at: 22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

<a href=http://sumnic.com/75/plas75.htm?2z4-0djey7-c4b8-3-pjuc> Click Here</a>

To unsubscribe from this Advertisement, go to:
http://sumnic.com/75/prv.htm?ConfirmationDept.0-50483re-83jdue.asis.com.███?r

or mail a written request to sumnic | 139 Altama Connector #212 | Brunswick, GA  31525 - USA

4/30/2007

```
Return-Path: <ShippingDept@242.sumnic.com>
Received: from psmtp.com (exprod5mx160.postini.com [64.18.0.211])
        by red.asis.com (8.13.3/8.13.3) with SMTP id kASCG99I004504
        for <█████@asis.com>; Tue, 28 Nov 2006 04:16:09 -0800 (PST)
        (envelope-from ShippingDept@242.sumnic.com)
Message-Id: <200611281216.kASCG99I004504@red.asis.com>
Received: from source ([65.175.44.242]) by exprod5mx160.postini.com ([64.18.4.14])
 with SMTP;
        Tue, 28 Nov 2006 06:12:43 CST
Date: Tue, 28 Nov 2006 04:55:43 -0700
From: "ShippingDept" <ShippingDept@242.sumnic.com>
To: <█████@asis.com>
Subject: Congratulations █████@asis.com on your Sony 42" Widescreen Plasma TV
 offer
Content-Type: text/plain; charset="us-ascii"
X-pstn-levels:     (S: 0.00000/73.68793 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <ShippingDept@242.sumnic.com> [30/1]
X-Virus-Scanned: ClamAV 0.88.6/2252/Mon Nov 27 10:47:11 2006 on red.asis.com
X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit
X-MIME-Autoconverted: from quoted-printable to 8bit by red.asis.com id
 kASCG99I004504
```

---

Panasonic or Sony 42" Widescreen Plasma TV Offer Confirmation 452-P67RTG
To: Member #0682   Email: █████@asis.com

---

Hi dwiley@asis.com,

To receive your gift, please click on or cut and paste:

http://sumnic.com/75/plas75.htm?2z4-0djey7-c4b8-3-pjuc

We have been trying to reach you in order to deliver your Free* Panasonic or Sony 42" Widescreen Plasma TV, just for answering a short survey and participating in the offers provided..

<a href="http://sumnic.com/75/plas75.htm?2z4-0djey7-c4b8-3-pjuc"> Please verify your zipcode.</a>


Thank you and ENJOY!

Sincerely,

Anna Brown
Customer Service Rep.

Notice: * To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: Unsub@RewardsGateway com or write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

<a href=http://sumnic.com/75/plas75.htm?2z4-0djey7-c4b8-3-pjuc> Click Here</a>

To unsubscribe from this Advertisement, go to:
http://sumnic.com/75/prv.htm?ConfirmationDept.0-50483re-83jdue.asis.com.-▮?r

or mail a written request to sumnic | 139 Altama Connector #212 | Brunswick, GA 31525 - USA

X

| | |
|---|---|
| From: | "$1000 Gift Card Incentive" <$1000GiftCardIncentive@latestdiscount.com> |
| To: | <▓▓▓▓@asis.com> |
| Sent: | Tuesday, June 06, 2006 1:34 AM |
| Subject: | Want a HUGE Shopping Spree on us? Participate Now |



# FREE *$1000 Shopping Spree

*See below for Participation & Eligibility Requirements

Choose your favorite store to spend it:

BANANA REPUBLIC
bloomingdale's
NORDSTROM
Crate&Barrel
 TARGET   BEST BUY

**CLICK HERE NOW**

Participate Now and we'll pay for it!

**CONSUMER PROMOTION CENTER IS NOT AFFILIATED OR ASSOCIATED WITH AND HAS NOT RECEIVED ANY CONSIDERATION FROM ANY OF THE ABOVE ENTITIES**

**Participation & Eligibility Requirements:** To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the ConsumerPromotionCenter.com site) before you can receive your FREE reward. See website for eligibility requirements.

Copyright ©2005 ConsumerPromotionCenter.com - ConsumerPromotionCenter.com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by ConsumerPromotionCenter.com.

This is a ConsumerPromotionCenter e-mail message. If you prefer not to receive e-mails from ConsumerPromotionCenter in the future, please send an e-mail to: Unsub@ConsumerPromotionCenter.com or write us at 22647 Ventura Blvd Suite 258, Woodland Hills, CA 91364

Use this link to be automatically removed from any future offers

If you do not wish to receive any more offers from via e-mail, please write us with your removal request. Customer Service 560- A F ST #438 , Grants Pass, OR 97526.Please note: It may take up to 3 days for your name to be removed from our list.

```
Return-Path: <$1000giftcardincentive@latestdiscount.com>
Received: from psmtp.com (exprod5mx121.postini.com [64.18.0.35])
        by red.asis.com (8.13.3/8.13.3) with SMTP id k568YXau040621
        for <█████@asis.com>; Tue, 6 Jun 2006 01:34:33 -0700 (PDT)
        (envelope-from $1000giftcardincentive@latestdiscount.com)
Message-Id: <200606060834.k568YXau040621@red.asis.com>
Received: from source ([72.9.105.148]) by exprod5mx121.postini.com ([64.18.4.10])
with SMTP;
        Tue, 06 Jun 2006 03:34:54 CDT
To: <█████@asis.com>
Date: Tue, 6 Jun 2006 04:34:54 -0400
From: "$1000 Gift Card Incentive" <$1000GiftCardIncentive@latestdiscount.com>
Subject: Want a HUGE Shopping Spree on us? Participate Now
Content-Type: text/html;
        charset = \"ISO-8859-1\"
Content-Transfer-Encoding: 8bit
X-pstn-levels:    (S: 0.00000/ 4.43598 )
X-pstn-settings: 1 (0.1500:0.1500) gt3 gt2 gt1
X-pstn-addresses: from <$1000GiftCardIncentive@latestdiscount.com> [30/1]
X-Virus-Scanned: ClamAV version 0.88.2, clamav-milter version 0.88.2 on red.asis.com
X-Virus-Status: Clean


<html>
<body><table width="600" border="0" align="center" cellpadding="0" cellspacing="0">
  <tr>
    <td rowspan="2"><a href="http://flagellantism.latestdiscount.com/c/c/121/715/428563"><img src="http://i.1100i.com/2883/May2006/mailers/1/images/spree_01_01.jpg" width="230" height="400" border="0"></a></td>
    <td colspan="2"><a href="http://flagellantism.latestdiscount.com/c/c/121/715/428563"><img src="http://i.1100i.com/2883/May2006/mailers/1/images/spree_01_02.gif" width="370" height="178" border="0"></a></td>
  </tr>
  <tr>
    <td><a href="http://flagellantism.latestdiscount.com/c/c/121/715/428563"><img src="http://i.1100i.com/2883/May2006/mailers/1/images/spree_01_03.gif" width="184" height="222" border="0"></a></td>
    <td><a href="http://flagellantism.latestdiscount.com/c/c/121/715/428563"><img src="http://i.1100i.com/2883/May2006/mailers/1/images/spree_01_04.gif" width="186" height="222" border="0"></a></td>
  </tr>
  <tr>
```

```html
    <td colspan="3"><a href="mailto:Unsub@ConsumerPromotionCenter.com"><img src="http://i.1100i.com/2883/May2006/mailers/1/images/cpc-600x183.gif" width="600" height="183" border="0"></a></td>
  </tr>
</table>


<center>

 <a href="http://flagellantism.latestdiscount.com/c/u/715/428563"><br>
  <font color="#0000ff"><span style="text-decoration: none">Use this link to be automatically removed from any future offers</span></font></a></font></u>
 </p>
</div>
<p align="center"><font size="2">If you do not wish to receive any more offers from via e-mail, please write us with your removal request.  Customer Service 560- A F ST #438 , Grants Pass, OR 97526.Please note: It may take up to 3 days for your name to be removed from our list.
</br>
</font></p>
</center>
</body>
</html>
```

X
_____

**From:** "360giveaway" <rzjGijXc@gamesweepsg.com>
**To:** "Subscriber" ▓▓▓▓▓@asis.com>
**Sent:** Monday, December 26, 2005 6:14 PM
**Subject:** Choose Xbox 360 pending participation

Would you like the Newest Xbox 360 Game Console by participating in a special promotion?

http://gamesweepsg.com/t/11/601/46436896/1531

Get the hottest Video Game System on us!

http://gamesweepsg.com/t/11/601/46436896/1531

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway.com site) before you can receive your FREE reward. Eligibility requirements see website for details. Copyright (c) 2004-2005 RewardsGateway.com - RewardsGateway.com is an independent rewards program and is not affiliated with any of the listed products retailers. Trademarks, service marks, logos, and/ domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with make any endorsement of the products services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: Unsub@RewardsGateway.com write to us at: 22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

_____

Sweepsgame at 115 Fulford Ave Ste #1, Bel Air, MD 21014. If you would like to discontinue receiving campaigns from us, please use the link below.

http://gamesweepsg.com/u/601/11/▓▓▓▓▓%40asis.com/1

```
Return-Path: <sender-11-46436896-601@powermulticreative.com>
Received: from psmtp.com (exprod5mx151.postini.com [64.18.0.220])
        by red.asis.com (8.13.3/8.13.3) with SMTP id jBR1CuZ1096600
        for <░░░░░@asis.com>; Mon, 26 Dec 2005 17:12:57 -0800 (PST)
        (envelope-from sender-11-46436896-601@powermulticreative.com)
Received: from source ([69.0.217.49]) by exprod5mx151.postini.com ([64.18.4.10]) with SMTP;
        Mon, 26 Dec 2005 17:14:49 PST
Content-Type: text/plain
From: "360giveaway" <rzjGijXc@gamesweepsg.com>
MIME-Version: 1.0
To: "Subscriber" <░░░░░@asis.com>
Date: Tue, 27 Dec 2005 01:14:58 +0000
Message-ID: <43b09592@gamesweepsg.com>
Subject: Choose Xbox 360  pending participation
X-Complaints-To: abuse@gamesweepsg.com
X-pstn-levels:    (S: 0.00000/81.05271 )
X-pstn-settings: 1 (0.1500:0.1500) gt3 gt2 gt1
X-pstn-addresses: from <rzjGijXc@gamesweepsg.com> [30/1]
X-Virus-Scanned: ClamAV 0.87/1218/Mon Dec 26 05:46:59 2005 on red.asis.com
X-Virus-Status: Clean
```

Would you like the Newest Xbox 360 Game Console by participating in a special promotion?


http://gamesweepsg.com/t/11/601/46436896/1531

Get the hottest Video Game System on us!

http://gamesweepsg.com/t/11/601/46436896/1531




Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway.com site) before you can receive your FREE reward. Eligibility requirements see website for details. Copyright (c) 2004-2005 RewardsGateway.com - RewardsGateway.com is an independent rewards program and

is not affiliated with any of the listed products retailers. Trademarks, service marks, logos, and/ domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with make any endorsement of the products services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: Unsub@RewardsGateway.com write to us at: 22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

---

Sweepsgame at 115 Fulford Ave Ste #1, Bel Air, MD 21014. If you would like to discontinue receiving campaigns from us, please use the link below.

http://gamesweepsg.com/u/601/11/█████%40asis.com/1

X

**From:** "Airfare Giveaway" <ConfirmationDept@ewayeinfo.com>
**To:** <▓▓▓@asis.com>
**Sent:** Friday, March 24, 2006 2:15 AM
**Subject:** Southwest Airlines $500 Gift Card Offer Confirmation for dwiley@asis.com

---

Southwest Airlines $500 Gift Card Offer Confirmation #465-SWUAR
To: Member 6547 Email: dwiley@asis.com

---

Hi ▓▓▓@asis.com,

Fly anywhere* with this $500 Southwest Gift Card!
http://host.ewayeinfo.com/22/sw_air.html

To receive your gift*, please click on or cut and paste:
http://host.ewayeinfo.com/22/sw_air.html

We have been trying to reach you in order to deliver your Free* $500 Southwest Gift Card.

<a href="http://host.ewayeinfo.com/22/sw_air.html"> Please verify your shipping address and zipcode.</a>

Rewards Gateway has for you this $500 Southwest Gift Card just for answering a short survey and participating in the offers provided.

<a href="http://host.ewayeinfo.com/22/sw_air.html"> Please visit our website and verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

Notice: *Flights subject to airline availability. To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the Rewards Gateway com site) before you can receive your FREE reward. Copyright (c) 2004-2005 Rewards Gateway com - Rewards Gateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by Rewards Gateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: unsub@rewardsgateway com or write to us at: 22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

-----------------------------------------------------------
You have received this advertisement from My Eway

If you're not happy with this email and wish to remove your name check this URL:
http://www.ewayeinfo.com/unsub.php?asis.com.-█████

Also you may direct communications here:
My Eway
5023 W 120th Ave., #175
Broomfield, CO 80020
-----------------------------------------------------------

```
Return-Path: <ConfirmationDept@ewayeinfo.com>
Received: from psmtp.com (exprod5mx32.postini.com [64.18.0.187])
        by red.asis.com (8.13.3/8.13.3) with SMTP id k2O9GoC7040283
        for <████@asis.com>; Fri, 24 Mar 2006 01:16:50 -0800 (PST)
        (envelope-from ConfirmationDept@ewayeinfo.com)
Message-Id: <200603240916.k2O9GoC7040283@red.asis.com>
Received: from source ([64.194.168.115]) by exprod5mx32.postini.com ([64.18.4.10])
with SMTP;
        Fri, 24 Mar 2006 01:15:49 PST
Date: Fri, 24 Mar 2006 02:15:27 -0700
From: "Airfare Giveaway" <ConfirmationDept@ewayeinfo.com>
To: <████@asis.com>
Subject: Southwest Airlines $500 Gift Card Offer Confirmation for ████@asis.com
Content-Type: text/plain; charset="us-ascii"
X-pstn-levels:     (S: 0.00000/ 4.58784 )
X-pstn-settings: 1 (0.1500:0.1500) gt3 gt2 gt1
X-pstn-addresses: from <ConfirmationDept@ewayeinfo.com> [30/1]
X-Virus-Scanned: ClamAV 0.88/1355/Thu Mar 23 13:18:22 2006 on red.asis.com
X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit
X-MIME-Autoconverted: from quoted-printable to 8bit by red.asis.com id
k2O9GoC7040283
```

---

Southwest Airlines $500 Gift Card Offer Confirmation #465-SWUAR
To: Member 6547 Email: ████@asis.com

---

Hi dwiley@asis.com,


Fly anywhere* with this $500 Southwest Gift Card!
http://host.ewayeinfo.com/22/sw_air.html


To receive your gift*, please click on or cut and paste:
http://host.ewayeinfo.com/22/sw_air.html


We have been trying to reach you in order to deliver your Free* $500 Southwest Gift Card.

<a href="http://host.ewayeinfo.com/22/sw_air.html"> Please verify your shipping address and zipcode.</a>

Rewards Gateway has for you this $500 Southwest Gift Card just for answering a short survey and participating in the offers provided.

<a href="http://host.ewayinfo.com/22/sw_air.html"> Please visit our website and verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

Notice: *Flights subject to airline availability. To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the Rewards Gateway com site) before you can receive your FREE reward. Copyright (c) 2004-2005 Rewards Gateway com - Rewards Gateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by Rewards Gateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: unsub@rewardsgateway com or write to us at: 22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

---

You have received this advertisement from My Eway

If you're not happy with this email and wish to remove your name check this URL: http://www.ewayinfo.com/unsub.php?asis.com.

Also you may direct communications here:

My Eway
5023 W 120th Ave., #175
Broomfield, CO 80020
----------------------------------------------------------