X

From: "Airplane Tickets" <Rosa@eightno.com>
To: <█████@asis.com>
Sent: Tuesday, November 07, 2006 6:19 AM
Subject: Get a Plane Ticket (See offer for details)

Congratulations: Get your free $500.00 airline ticket gift card.

Participate now and we'll buy you one.

http://www.themgives.com/plane27/

Please see offer details below for eligibility requirments.

This is a commercial offer. To stop receiving offers immediately from Lornii Faldman Group:

http://www.themgives.com/4713/

4110 MOSEBY ST #13, FT. JACKSON, SC 29207

You may also call to remove your address at: 1.866-448-5416

\*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions before you can receive your FREE reward. Eligibility requirements include signing up for at least 2 Silver, 2 Gold and 2 Platinum offers. Available offers will vary and some offers may require a purchase to qualify. Those qualifying for Gift Card rewards will have the option of receiving a Visa gift card or a retailer's gift card where available.

Copyright c 2006 ConsumerPromotionCentercom - ConsumerPromotionCenter.com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by ConsumerPromotionCentercom.

+__+zd89Rid

```
X-UIDL: 5df8e210d238e5cc96a305facbf18ca4
Return-Path: <Rosa@eightno.com>
Received: from psmtp.com (exprod5mx158.postini.com [64.18.0.227])
        by red.asis.com (8.13.3/8.13.3) with SMTP id kA7DNbgX025406
        for <xxxxy@asis.com>; Tue, 7 Nov 2006 05:23:37 -0800 (PST)
        (envelope-from Rosa@eightno.com)
Received: from source ([72.37.194.222]) by exprod5mx158.postini.com ([64.18.4.13])
with SMTP;
        Tue, 07 Nov 2006 08:19:46 EST
X-Originating-Email: [Rosa@eightno.com]
X-Sender: Airplane Tickets@eightno.com
From: "Airplane Tickets" <Rosa@eightno.com>
To: <xxxxy@asis.com>
Subject: Get a Plane Ticket (See offer for details)
Date: Tue, 07 Nov 2006 08:19:49 -0500
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Message-ID: <syrtbbohcladncascteuztss@eightno.com>
X-pstn-levels:    (S: 0.00000/84.71624 R:95.9108 P:95.9108 M:97.0282 C:83.1967 )
X-pstn-settings: 3 (1.0000:1.5000) S gt3 gt2 gt1 r p m C
X-pstn-addresses: from <Rosa@eightno.com> [30/1]
X-Virus-Scanned: ClamAV 0.88.2/2171/Mon Nov  6 23:54:18 2006 on red.asis.com
X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit
X-MIME-Autoconverted: from quoted-printable to 8bit by red.asis.com id
kA7DNbgX025406
```

Congratulations: Get your free $500.00 airline ticket gift card.

Participate now and we'll buy you one.

http://www.themgives.com/plane27/

Please see offer details below for eligibility requirments.

This is a commercial offer. To stop receiving offers immediately from Lornii Faldman Group:

http://www.themgives.com/4713/

4110 MOSEBY ST #13, FT. JACKSON, SC 29207

You may also call to remove your address at: 1.866-448-5416


*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions before you can receive your FREE reward. Eligibility requirements include signing up for at least 2 Silver, 2 Gold and 2 Platinum offers. Available offers will vary and some offers may require a purchase to qualify. Those qualifying for Gift Card rewards will have the option of receiving a Visa gift card or a retailer's gift card where available.

Copyright c 2006 ConsumerPromotionCentercom - ConsumerPromotionCenter.com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by ConsumerPromotionCentercom.

+__+zd89Rid

X
_____

From: "BushSurvey" <BushSurvey@ultra-values.com>
To: ███████@asis.com>
Sent: Saturday, October 28, 2006 7:59 PM
Subject: Do you like George Bush?

Do you like George Bush?

http://ultra-values.com/sovsel?e=7DmxHmXhElHiXiomUA&m=334268&l=0

Get $500 Cash when you Participate Now!

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway.com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers. Copyright (c) 2004-2005 RewardsGateway.com - RewardsGateway.com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: Unsub@RewardsGateway.com or write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To be taken off our list

http://ultra-values.com/1/gone.do?e=███████@asis.com&m=334268

101 Washington
Grand Haven MI 49417


<1:687lf7Oz5NfbObP70h:334268>

```
Return-Path: <1-334268-asis.com?█████@pbjw.ultra-values.com>
Received: from psmtp.com (exprod5mx156.postini.com [64.18.0.225])
        by red.asis.com (8.13.3/8.13.3) with SMTP id k9SNZrE6033181
        for <█████@asis.com>; Sat, 28 Oct 2006 16:35:53 -0700 (PDT)
        (envelope-from 1-334268-asis.com?█████@pbjw.ultra-values.com)
Received: from source ([64.62.211.247]) by exprod5mx156.postini.com ([64.18.4.13])
with SMTP;
        Sat, 28 Oct 2006 16:31:49 PDT
Comment: DomainKeys? See http://antispam.yahoo.com/domainkeys
DomainKey-Signature: a=rsa-sha1; q=dns; c=simple;
        s=s512; d=ultra-values.com;
        b=LC2nSt4KmZI7+dljX0AnNenk74Y+egcH/F0UZaOPHWMpLm+AdHKdMjdxQ+
YwmLHHpM/dy89FMHAZO5TqsphSyg==;
Received: from pbjw.ultra-values.com [64.62.211.247] by ultra-values.com
[64.62.211.247];
  Sat, 28 Oct 2006 18:59:22 PST
MIME-Version: 1.0
From: BushSurvey<BushSurvey@ultra-values.com>
To: █████@asis.com
Subject: Do you like George Bush?
Date: Sat, 28 Oct 2006 18:59:22 PST
Message-ID: <1-334268-687If7Oz5NfbObP70h@pbjw.ultra-values.com>
X-Mailer: 3.2.12-10 [Sep  1 2006, 12:03:18]
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit
X-pstn-levels:     (S: 0.00000/92.88116 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <BushSurvey@ultra-values.com> [30/1]
X-Virus-Scanned: ClamAV 0.88.2/2128/Sat Oct 28 09:39:59 2006 on red.asis.com
X-Virus-Status: Clean
```

Do you like George Bush?

http://ultra-values.com/sovsel?e=7DmxHmXhEIHiXiomUA&m=334268&l=0

Get $500 Cash when you Participate Now!

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway.com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers. Copyright (c) 2004-2005 RewardsGateway.com - RewardsGateway.com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: Unsub@RewardsGateway.com or write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To be taken off our list

http://ultra-values.com/1/gone.do?e=███████@asis.com&m=334268

101 Washington
Grand Haven MI 49417

<1;687lf7Oz5NfbObP70h;334268>





&lt;8.3e1BeSTInBS4SYMp1.9924088&gt;

Return-Path: <8-9524088-asis.com?█████████@max7.excellcorp.biz>
Received: from psmtp.com (exprod5mx159.postini.com [64.18.0.228])
    by red.asis.com (8.13.3/8.13.3) with SMTP id k8B3dSCI099848
    for <█████████@asis.com>; Sun, 10 Sep 2006 20:39:28 -0700 (PDT)
    (envelope-from 8-9524088-asis.com?█████████@max7.excellcorp.biz)
Received: from source ([63.116.199.117]) by exprod5mx159.postini.com ([64.18.4.11]) with SMTP;
    Sun, 10 Sep 2006 20:41:28 PDT
MIME-Version: 1.0
X-Accept-Language: en
X-Priority: Normal
From: Cash Giveaway <offers@excellcorp.biz>
To: █████████@asis.com
Subject: Participate Now and get Cash!
Date: Sun, 10 Sep 2006 22:45:27 EST
Message-ID: <8-9524088-19uL9hF6JLhDh4Zru@max7.excellcorp.biz>
X-Mailer: 3.2.8-45 [Feb 10 2006, 15:23:16]
Content-Type: text/html; charset="ISO-8859-1"
Content-Transfer-Encoding: 7bit
X-pstn-levels:    (S: 0.00000/44.85263 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <offers@excellcorp.biz> [30/1]
X-Virus-Scanned: ClamAV 0.88.2/1845/Sun Sep 10 12:08:12 2006 on red.asis.com
X-Virus-Status: Clean

```
<html><br><br>
<center>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<table id="Table_01" width="604" height="436" border="0" cellpadding="0" cellspacing="0">
<tr>
<td>
<img src="http://degdel.com/blah/1806/aaaaa_01.gif" width="604" height="87" border=0></td>
</tr>
<tr>
<td>
<img src="http://degdel.com/blah/1806/aaaaa_02.gif" width="604" height="87" border=0></td>
</tr>
<tr>
<td>
<img
```

```html
src="http://degdel.com/blah/1806/aaaaa_03.gif" width="604" height="88" border=0></td>
</tr>
<tr>
<td>
<a href="http://excellcorp.biz/rd/mlcash"><img src="http://degdel.com/blah/1806/aaaaa_04.gif" width="604" height="87" border=0></a></td>
</tr>
<tr>
<td>
<a href="http://excellcorp.biz/rd/mlcash"><img src="http://degdel.com/blah/1806/aaaaa_05.gif" width="604" height="87" border=0></a></td>
</tr>
</table>
<a href="mailto:Unsub@ConsumerPromotionCenter.com "><img src="http://degdel.com/blah/1806/xxxxx.gif" width="604" height="157" border=0></a>

</center>
<br><br><br><br><br>
<P align=center><A href="http://excellcorp.biz/u.cgi?e=▆▆▆▆@asis.com&m=9524088"><IMG alt="" hspace=0 src="http://excellcorp.biz/u.gif" align=baseline border=0></A></P>
<br><br><font color='#ffffff' face='arial,helvetica' size='1'><8;3e1BeSTInBS4SYMp1;9524088></font>
<img src="http://excellcorp.biz:8080/clickopen?msgid=9524088&email=4Hz4HCSBD4CeCKu6z" width="3" height="3"></body></html>
```