Login

# NetworkSolutions

Your cart is empty





## WHOIS Search Results

**WHOIS Record For**



IMAGE NOT
AVAILABLE

### cityain.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

Site Confirm Seals - Display a security seal and gain visitor trust.

√10 **Let us take you
to the top of
major search engines!**

**Guaranteed top
ten placement** ⊉ **Save Now!**

=.=.=.=
Visit AboutUs.org for more information about CITYAIN.COM
AboutUs: CITYAIN.COM

Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com

Domain name: CITYAIN.COM

Registrant Contact:
  WhoisGuard
  WhoisGuard Protected (43f859b10f4b482e8a56c1c906daa41b.protect@whoisguard.com)
  +1.6613102107
  Fax: +1.6613102107
  8939 S. Sepulveda Blvd
  8939 S. Sepulveda Blvd
  Westchester, CA 90045
  US

Administrative Contact:
  WhoisGuard
  WhoisGuard Protected (43f859b10f4b482e8a56c1c906daa41b.protect@whoisguard.com)
  +1.6613102107
  Fax: +1.6613102107
  8939 S. Sepulveda Blvd
  8939 S. Sepulveda Blvd
  Westchester, CA 90045
  US

Technical Contact:
  WhoisGuard
  WhoisGuard Protected (43f859b10f4b482e8a56c1c906daa41b.protect@whoisguard.com)
  +1.6613102107
  Fax: +1.6613102107
  8939 S. Sepulveda Blvd
  8939 S. Sepulveda Blvd
  Westchester, CA 90045
  US

Status: Locked

Name Servers:
  ns1.netpowerpro.com
  ns2.netpowerzone.com

Search ⇗

Go ⌐

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NAME**

| cityain | ☑ .net |
| cityain | ☑ .org |
| cityain | ☑ .info |
| cityain | ☑ .mobi |
| cityain | ☑ .biz |

Creation date: 17 Nov 2006 07:55:55
Expiration date: 17 Nov 2007 07:55:55
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| Field | Value |
|---|---|
| Current Registrar: | ENOM, INC. |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| YI Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |

| Domain | TLD |
|---|---|
| cityain | ☑ .tv |
| cityain | ☑ .us |
| cityain | ☑ .cc |
| cityain | ☑ .ws |
| cityain | ☑ .bz |
| cityain | ☑ .vg |
| cityain | ☑ .gs |
| cityain | ☑ .tc |
| cityain | ☑ .ms |

Continue ➤

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
☐ Domain Name
☐ NIC Handle
☐ IP Address

Search ➤

your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2)
enable high volume, automated, electronic processes that apply to Network Solutions (or its
computer systems). The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Network Solutions. You agree not to
use high-volume, automated, electronic processes to access or query the WHOIS database.
Network Solutions reserves all rights and remedies it now has or may have in the future,
including, but not limited to, the right to terminate your access to the WHOIS database in its
sole discretion, for any violations by you of these terms of use, including without limitation,
for excessive querying of the WHOIS database or for failure to otherwise abide by these
terms of use. Network Solutions reserves the right to modify these terms at any time.



PerformanceClicks™ from
Network Solutions
Create and manage your
online advertising from as low
as $125/month plus $99 one
time set-up fee



Need to get your business
online?
Our professional designers
can build a custom Web site
for your business.

Case 3:07-cv-03261-PJH     Document 1-14     Filed 06/21/2007     Page 3 of 3

$49.95/month, plus a $399.00
design fee

---

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics

  

"An outstanding customer
service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.