Login

# NetworkSolutions

Your cart is empty





## WHOIS Search Results

**WHOIS Record For**

**sumnic.com**
Services from Network Solutions

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

Let us take you to the top of major search engines!
Guaranteed top ten placement  Save Now!

=.=.=.=
Visit AboutUs.org for more information about SUMNIC.COM
AboutUs: SUMNIC.COM

Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com

Domain name: SUMNIC.COM

Registrant Contact:
   WhoisGuard
   WhoisGuard Protected (441229a82f874998a50209f966254ded.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Administrative Contact:
   WhoisGuard
   WhoisGuard Protected (441229a82f874998a50209f966254ded.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Technical Contact:
   WhoisGuard
   WhoisGuard Protected (441229a82f874998a50209f966254ded.protect@whoisguard.com)
   +1.6613102107
   Fax: +1.6613102107
   8939 S. Sepulveda Blvd
   8939 S. Sepulveda Blvd
   Westchester, CA 90045
   US

Status: Locked

Name Servers:
   ns1.unitedhostingservices.com
   ns2.unitedhostingservices.com

Search

Go

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

| sumnic | ☑ .net |
| sumnic | ☑ .org |
| sumnic | ☑ .info |
| sumnic | ☑ .mobi |
| sumnic | ☑ .biz |

Creation date: 17 Nov 2006 07:47:23
Expiration date: 17 Nov 2007 07:47:23

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 14-Jun-2005 |

| | |
|---|---|
| sumnic | ☑ .tv |
| sumnic | ☑ .us |
| sumnic | ☑ .cc |
| sumnic | ☑ .ws |
| sumnic | ☑ .bz |
| sumnic | ☑ .vg |
| sumnic | ☑ .gs |
| sumnic | ☑ .tc |
| sumnic | ☑ .ms |

Continue ›

### SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address

Search ›

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


PerformanceClicks™ from Network Solutions
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee


Need to get your business online?
Our professional designers can build a custom Web site for your business.

$49.95/month, plus a $399.00 design fee

---

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.