Login    Your cart is empty

# NetworkSolutions.

# WHOIS Search Results

Become a trusted site!
Buy an SSL Certificate for as low as $99 per year   Continue >


as low as $99 a year!

## WHOIS Record For

**featurespecialselect.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

### Need More Info?
Contact us today!
CALL 1-800-361-5712

CONTACT me

```
=-=-=-=
Visit AboutUs.org for more information about FEATURESPECIALSELECT.COM
AboutUs:
FEATURESPECIALSELECT.COM

Registration Service Provided By: Enom, Inc
Contact: info2@enom.com
Visit: www.enom.com

Domain name: FEATURESPECIALSELECT.COM

Registrant Contact:
   RegisterFly.com - Ref# 23781668
   Whois Protection Service - ProtectFly.com (uza4cvpbjwckwp1@protectfly.com)
   +1.8458183604
   Fax: +1.8456984014
   P.O. Box 969
   Margaretville, NY 12455
   US

Administrative Contact:
   RegisterFly.com - Ref# 23781668
   Whois Protection Service - ProtectFly.com (hzakbtxkqjfyg8@protectfly.com)
   +1.8458183604
   Fax: +1.8456984014
   P.O. Box 969
   Margaretville, NY 12455
   US

Technical Contact:
   RegisterFly.com - Ref# 23781668
   Whois Protection Service - ProtectFly.com (ffz2u0eg23pb4hp@protectfly.com)
   +1.8458183604
   Fax: +1.8456984014
   P.O. Box 969
   Margaretville, NY 12455
   US

Status: Locked
```

Search >

Go >

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

featurespec...   ☑ .net



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

| featurespec... | ☑ .org |
|---|---|
| featurespec... | ☑ .info |
| featurespec... | ☑ .biz |
| featurespec... | ☑ .tv |
| featurespec... | ☑ .us |
| featurespec... | ☑ .cc |
| featurespec... | ☑ .ws |
| featurespec... | ☑ .bz |
| featurespec... | ☑ .vg |
| featurespec... | ☑ .gs |
| featurespec... | ☑ .tc |
| featurespec... | ☑ .ms |

**Continue >**

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
○ NIC Handle
○ IP Address

**Search >**

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 69.25.142.4 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-WASHINGTON-BELLEVUE |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Parked |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database.

Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics



Secure Your Site with an SSL Certificate

© Copyright 2007 Network Solutions. All rights reserved.


