Login

Your cart is empty



# WHOIS Search Results

Does your Web site need a face lift?
Let our experts evaluate your Web site, for FREE! Click Here

Give your customers peace of mind.
CONTINUE

## WHOIS Record For

IMAGE NOT AVAILABLE

**eulogyanesthesia.com**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- SSL Certificates - Get peace of mind with a secure certificate.
- Site Confirm Seals - Display a security seal and gain visitor trust.

Need More Info?
**Contact us today!**
CALL 1-800-361-5712
CONTACT me

=-=-=-=
Visit AboutUs.org for more information about EULOGYANESTHESIA.COM
AboutUs: EULOGYANESTHESIA.COM

Registration Service Provided By: Jefferson Printing Company
Contact: good239@gmail.com

Domain name: EULOGYANESTHESIA.COM

Administrative Contact:
Jefferson Printing Company
Tommy Good (good239@gmail.com)
+1.5092781481 ⟷ landline in Spokane, WA
Fax: +1.5092781481
13410 Preston Rd
Suite A-221
Dallas, TX 75240
US
} EMPTY FIELD

Search

Technical Contact:
Jefferson Printing Company
Tommy Good (good239@gmail.com)
+1.5092781481
Fax: +1.5092781481
13410 Preston Rd
Suite A-221
Dallas, TX 75240
US

Registrant Contact:
Jefferson Printing Company
Tommy Good (good239@gmail.com)
+1.5092781481
Fax: +1.5092781481
13410 Preston Rd
Suite A-221
Dallas, TX 75240
US



Go

BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME

eulogyanest... ☑ .net



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99 one time set-up fee**

| | |
|---|---|
| eulogyanest... | ☑ .org |
| eulogyanest... | ☑ .info |
| eulogyanest... | ☑ .biz |
| eulogyanest... | ☑ .tv |
| eulogyanest... | ☑ .us |
| eulogyanest... | ☑ .cc |
| eulogyanest... | ☑ .ws |
| eulogyanest... | ☑ .bz |
| eulogyanest... | ☑ .vg |
| eulogyanest... | ☑ .gs |
| eulogyanest... | ☑ .tc |
| eulogyanest... | ☑ .ms |

Continue

=-=-=-=

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
◉ Domain Name
◯ NIC Handle
◯ IP Address

Search

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 65.111.16.241 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES) |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Opt Out of Our Current Offers |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use

high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics



Secure Your Site with an SSL Certificate
© Copyright 2007 Network Solutions. All rights reserved.




Save | Print | Update | Send | What

## The UPS Store

13410 Preston Road Suite A, Dallas, TX 75240
map | driving directions

**phone:** (972) 980-8751
**fax:** (972) 980-8765
**email:** mbe1251@mbemail.com
http://www.theupsstore.com

Rate It

**Products & Services:**

- 24- Hour Access to Black & White Copiers
- Airborne
- Binding
- Certified Mail/Return Receipt
- Collating
- Custom Crating
- Delivery Service
- Envelopes and Letterheads
- Estate Packing
- Fax Services
- FedEx
- Full Range of Finishing Services
- Full Service Black & White Copies
- Gift Boxes
- Gift Wrapping
- Greeting Cards
- Ground/ Air UPS Shipping and Receiving
- International Shipping
- Key Duplicating
- Laminating
- Mail Box Services (24- Hour Access*)
- Mail Forwarding
- Notary Services
- Office Products and Supplies
- Overnight Document & Package Delivery
- Packing and Moving Boxes
- Passport Photos
- Pick Up & Delivery Available
- Pick-up Service
- Printing Services: Business Cards
- Resume Services
- Rubber Stamps
- Self Service Black & White Copies
- Send and Receive
- Stamps & Metered Mail
- Telephone Booth
- TotalShipping (Freight Shipping)
- UPS
- USPS




View Larger Map Report Incorrect Map

**Hours of Operation:**
Monday: 9:00am-6:00pm
Tuesday: 9:00am-6:00pm
Wednesday: 9:00am-6:00pm
Thursday: 9:00am-6:00pm
Friday: 9:00am-6:00pm
Saturday: 10:00am-2:00pm

**Appears in the Categories:**
Packaging & Shipping Services, Ma
Package Shipping, Mailing Services

**Additional Information:**
ARNOLD SQUARE SHOPPING CENTER

**For details on this store, click here.**

Data provided by one or more of the following: Verizon Directories Corp., Acxiom, Amacai, or lawyers.com.