# NetworkSolutions.

Login     Your cart is empty

## WHOIS Search Results

**WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?**
Use our Backorder service to get that name as soon as it expires. **Try it Now >**

**Drive More Traffic to Your Web Site!** » LEARN MORE

### WHOIS Record For



**superbrewards.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

**Need More Info?**
Contact us today!
CALL 1-800-361-5712

**CONTACT me**

=-=-=-=

Registration Service Provided By: Customer Service
Contact: pr@companywebmaster.net

Domain name: SUPERBREWARDS.COM

Registrant Contact:
  Superb Rewards
  Customer Service (cs@popwebmaster.com)
  +1.9545565281
  Fax:
  123 N. Congress Ave. #351
  Boynton Beach, FL 33426
  US

Administrative Contact:
  Superb Rewards
  Customer Service (cs@popwebmaster.com)
  +1.9545565281
  Fax:
  123 N. Congress Ave. #351
  Boynton Beach, FL 33426
  US

Technical Contact:
  Superb Rewards
  Customer Service (cs@popwebmaster.com)
  +1.9545565281
  Fax:
  123 N. Congress Ave. #351
  Boynton Beach, FL 33426
  US

Status: Locked

Name Servers:
  udns1.ultradns.net
  udns2.ultradns.net

**Search >**

**Go >**

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NAME

superbrewar...    ☑ .biz

Creation date: 14 Apr 2005 17:18:04
Expiration date: 14 Apr 2007 00:00:00
=-=-=-=
The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | BULKREGISTER, LLC. |
| IP Address: | 66.7.179.198  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-VIRGINIA-PURCELLVILLE |
| Record Type: | Domain Name |
| Server Type: | Apache |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | SuperbRewards |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 08-Nov-2006 |

superbrewar... ☑ .tv
superbrewar... ☑ .us
superbrewar... ☑ .cc
superbrewar... ☑ .ws
superbrewar... ☑ .vg
superbrewar... ☑ .gs
superbrewar... ☑ .tc
superbrewar... ☑ .ms

Continue ➤

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
● Domain Name
○ NIC Handle
○ IP Address

Search ➤

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$49.95/month, plus a $399.00 design fee

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics



**Secure Your Site with an SSL Certificate**

© Copyright 2007 Network Solutions. All rights reserved.


