**X**

| | |
|---|---|
| **From:** | "New Year on us." <q9ga1ls@featurespecialselect.com> |
| **To:** | "Subscriber" ████████@asis.com> |
| **Sent:** | Thursday, January 05, 2006 5:41 PM |
| **Subject:** | $1500 Visa Gift Card on us |

$1,500 so we can pay for all your holiday gifts

http://featurespecialselect.com/t/3/445/4767040/1840

Participate Now and we'll pay off Christmas Debts.

http://featurespecialselect.com/t/3/445/4767040/1840

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway.com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers. Copyright (c) 2004-2005 RewardsGateway.com - RewardsGateway.com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please send an e-mail to: Unsub@RewardsGateway.com or write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

BBMOnline at 115 Fulford Ave Ste #1, Bel Air, MD 21014. If you would like to discontinue receiving campaigns from us, please use the link below.

http://featurespecialselect.com/u/445/3/████████%40asis.com/1

**X** _____

| | |
|---|---|
| **From:** | <Osie@countryclubdiva.com> |
| **To:** | ████████@asis.com> |
| **Sent:** | Friday, March 16, 2007 11:02 AM |
| **Subject:** | Joan, Let us pay for a trip to Las Vegas! |

Joan,

Let us pay for a trip to Las Vegas! $1500 Value

$500 Plane Ticket Voucher
2 night hotel stay
2 show tickets
$250 Cash Card

http://countryclubdiva.com/zmn.cgi?lsc=15&dnv=1576497


Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers. Copyright (c) 2004-2005 RewardsGateway - RewardsGateway is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway. This is a Rewards Gateway e-mail message.

If you prefer not to receive e-mails from Rewards Gateway in the future, please click on the removal link in this email.

Rewards Gateway, 22647 Ventura Blvd, Suite 258, Woodland Hills, CA 91364


Please follow url below to stop further emails
http://www.countryclubdiva.com/st.cgi?lsc=15&dnv=1576497

**X**

| | |
|---|---|
| **From:** | "Chicago Trip " <oshow@slipentertain.com> |
| **To:** | '█████████████████@asis.com> |
| **Sent:** | Tuesday, March 20, 2007 4:59 PM |
| **Subject:** | All expense paid trip to Chicago to see the show you love! |

Be Part of the Show!!!!

All Expense Paid Trip for you and a Friend to Visit Chicago.

Click here to be part of the show!

Participate now – A $1500 Value

Last chance to be part of the show!


Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardAmazon.com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers. Copyright (c) 2004-2005 RewardAmazon.com - RewardAmazon.com is an independent Reward program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardAmazon.com. This is a Reward Amazon e-mail message. If you prefer not to receive e-mails from Reward Amazon in the future, please send an e-mail to: Unsub@RewardAmazon.com or write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


This is an advertisement. You can unsubscribe here

Mailing address: Customer Care, 8131 Vineland Ave #149 Orlando, FL 32821

5/10/2007