10-K 1 a07-5569_110k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the Year Ended December 31, 2006

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
Commission file number 000-30135

## VALUECLICK, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 77-0495335 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

**30699 RUSSELL RANCH ROAD, SUITE 250
WESTLAKE VILLAGE, CALIFORNIA 91362**
(Address of principal executive offices, including zip code)

**Registrant's Telephone Number, Including Area Code: (818) 575-4500**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.001 par value | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:
Series A Junior Participating Preferred Stock Purchase Rights

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒     Accelerated filer ☐     Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

As of June 30, 2006, which was the last business day of the registrant's most recently completed second fiscal quarter, the approximate aggregate market value of voting stock held by non-affiliates of the registrant was $1,467,000,728 (based upon the closing price for shares of the registrant's Common Stock as reported by the NASDAQ Global Select Market as of that date). As of February 23, 2007, there were 99,526,827 shares of the registrant's Common Stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive Proxy Statement for the 2007 Annual Meeting of the Stockholders (the "Proxy Statement"), to be filed within 120 days of the end of the fiscal year ended December 31, 2006, are incorporated by reference in Part III hereof.

# SEC EDGAR Filing Information

# Form 10-K -- Annual report [Section 13 and 15(d), not S-K Item 405]

Period of Report: **2006-12-31**
Filing Date Changed: **2007-03-01**
Documents: **9**

SEC Accession No.
**0001104659-07-015626**
Filing date: **2007-03-01**
Accepted: **2007-03-01 17:13:45**

## Table of submitted documents:

| Seq | Type | Document | Size | Description |
|---|---|---|---|---|
| 1 | 10-K | a07-5569_110k.htm | 2548091 | 10-K |
| 2 | EX-10.16 | a07-5569_1ex10d16.htm | 19176 | EX-10.16 |
| 3 | EX-21.1 | a07-5569_1ex21d1.htm | 27549 | EX-21.1 |
| 4 | EX-23.1 | a07-5569_1ex23d1.htm | 1761 | EX-23.1 |
| 5 | EX-23.2 | a07-5569_1ex23d2.htm | 1598 | EX-23.2 |
| 6 | EX-31.1 | a07-5569_1ex31d1.htm | 11518 | EX-31.1 |
| 7 | EX-31.2 | a07-5569_1ex31d2.htm | 11370 | EX-31.2 |
| 8 | EX-32.1 | a07-5569_1ex32d1.htm | 7340 | EX-32.1 |
| 9 | GRAPHIC | g55691dgi001.gif | 14409 | GRAPHIC |
|   |   | 0001104659-07-015626.txt | 2649856 | **Complete submission text file** |

## Filer Information:

**VALUECLICK INC/CA** (Filer) **(0001080034)**
IRS No.: **770495335** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **10-K** | Act: **34** | File No.: **001-31357** | Film No.: **07664565**
SIC: **7311** Services-Advertising Agencies

**Business Address**
30699 RUSSELL RANCH DRIVE
SUITE 250
WESTLAKE VILLAGE CA 91362
818 575-4500

**Mailing Address**
30699 RUSSELL RANCH DRIVE
SUITE 250
WESTLAKE VILLAGE CA 91362

EX-21.1 3 a07-5569_1ex21d1.htm EX-21.1

EXHIBIT 21.1

## SUBSIDIARIES CONTROLLED BY REGISTRANT
### As of December 31, 2006

ValueClick, Inc. Subsidiary Listing

| Company | Percentage Ownership |
|---|---|
| Be Free, Inc. (Delaware) | 100% |
| ClickAgents, Inc. (Delaware) | 100% |
| Commission Junction, Inc. (Delaware) | 100% |
| E-Babylon, Inc. (California) | 100% |
| Fastclick, Inc. (Delaware) | 100% |
| HiSpeed Media, Inc. (California) | 100% |
| Mediaplex, Inc. (Delaware) | 100% |
| Mediaplex Systems, Inc. (Kentucky) | 100% |
| Search123.com Inc. (California) | 100% |
| VC E-Commerce Solutions, Inc. (California) | 100% |
| Web Clients, Inc. (Delaware) | 100% |
| Web Marketing Holdings, Inc. (Delaware) | 100% |
| Be Free Sarl (France) | 100% |
| Be Free Germany GmbH (Germany) | 100% |
| Be Free UK, Ltd. (United Kingdom) | 100% |
| Commission Junction UK Ltd. (United Kingdom) | 100% |
| Pricerunner AB (Sweden) | 100% |
| Pricerunner Sweden AB (Sweden) | 100% |
| Pricerunner Ltd. (United Kingdom) | 100% |
| Pricerunner SAS (France) | 100% |
| ValueClick Europe Ltd. (United Kingdom) | 100% |
| ValueClick Sarl (France) | 100% |
| ValueClick GmbH (Germany) | 100% |
| Shopping.net (United Kingdom) | 100% |