

| Home Page | Anonymous Domain Names | Anonymous Shared Hosting | Anonymous Reseller Hosting | Anonymous Dedicated Hosting | Anonymous Offshore E-Mail |

# ANONYMOUS DOMAIN TRUST™



Anonymous Domain Names start at only **$19.95 per year**
Now available with Offshore Whois/Registrant Data    • **Order Here**

**MAIN MENU**

- **Server Sale!**
- **Overview**
- **Public PGP Key**

**DOMAIN NAMES**

- **Anonymous Domain Trust**
- **Offshore Whois**
- **Domain FAQ**
- **Order A Domain**

**SHARED HOSTING**

- **Overview**
- **Anonymous Offshore Plans**
- **Anonymous Linux USA Plans**
- **Anonymous Windows Plans**
- **Order Shared**

**RESELLER HOSTING**

- **Overview**
- **Offshore Reseller Plans**
- **USA Reseller Plans**
- **Order Reseller**

**DEDICATED PLANS**

- **Overview**
- **Anonymous Offshore Servers**
- **Anonymous USA Servers**
- **Order A Server**

**HOSTING ADDONS**

- **Anonymous Offshore Email**
- **Geotrust SSL Certificates**

The Katz Global Anonymous Domain Trust™ keeps your Whois Database information anonymous and allows you to host your website(s) and do business online in a total anonymous environment.

**Prices and available domain extentions:**

| .com - $19.95 per year- worldwide |  |

*add $10 to any domain for use of our offshore whois details in Singapore.

We will register your new domain name or transfer your existing domains into our Domain Trust™ and keep your information private and away from prying eyes on the web. With an Anonymous Domain Name(s)™ and Anonymous Hosting™ account you can keep your identity 100% offline.

**We keep you 100% anonymous because:**

#1. We never ask for <u>any</u> of your personal information
#2. We can never give it out to third parties
#3. We can facilitate anonymous payment methods
And now:
#4. We can provide Offshore Whois/Registrant Details!

Learn More about **Private Offshore Domain Names**.

## Order Here

Our Anonymous Domain Trust™ allows for your freedom while doing business online.

**Why is anonymous superior to a regular domain registration?**
- Stop domain-related Spam
- Deter identity theft & fraud
- Prevent harassers, stalkers & data miners!
- Protect your "moonlighting" identity
- Maintain your privacy
- Let you run a home business without unwanted intervention
- Removes your personal information from the Whois Database

**Please note:**

Our service allows you to purchase domains and host anonymously. We do not allow illegal activities on our servers. If you break our service agreement, or acceptable use policy your services and your domains will be canceled immediately without a refund.

We enable real domain privacy and do not sell services that could be called

- Design Services
- Programming & Software Tools
- Order Addons
- Order E-Mail

**COMPANY INFO**

- Our Company
- Why Choose Us
- Payment Options
- Control Panels
- Our US Network
- Offshore Network
- Employment

**DIRECTORIES**

- Links Directory
- Exchange e-gold

**CUSTOMER SUPPORT**

- Support Desk
- Contact Us
- Help Guides
- General FAQs
- Offshore FAQs

**OUR POLICIES**

- Terms of Service
- Acceptable Use
- Privacy Policy
- Know the Law

**Order Here**

enhanced privacy. Our competitors sell enhanced privacy services that are only an un-listing service much like what you get when you un-list your phone number in the white pages, yet the company still has your personal and business details and they can be used against you in various ways.

Katz Global takes this one step further, not by un-listing your information, but by not requiring it in the first place. Once you disclose your data, you assume some risk.

## Get Started Here:

**How is a anonymous domain in trust managed?**
**To read our anonymous domain FAQ's** Click Here

**Prices and available domain extentions:**

.com - $19.95 per year- worldwide
*add $10 to any domain for use of our offshore whois details in Singapore.

**Check to see if your domain name is available through our whois database:**

Find Your Domain Here

To Order your Domain(s)

## Order Here

**Compare our services to others who have jumped on the privacy bandwagon and see the difference for yourself:**

| Side by Side Comparison | katzglobal.com | Godaddy.com | aplus.net |
|---|---|---|---|
| Data Collection | NO Katz Global does not collect any of your personal or business data. The only thing we ask for is a email address to communicate with you. This can be a temporary free web based email address. | YES Godaddy collects your name, address, phone number, and fax number. This is not anonymous. | YES aPlus collects your name, address, phone number, and fax number. This is not anonymous. |
| Data Disclosure | NO Katz Global does not voluntarily disclose data on clients. This keeps you in charge of your information. | YES Godaddy will disclose your data to any inquiring party. They have your data on file and it is at risk for disclosure. | YES aPlus.net will disclose your data to any inquiring party who seems legit. They have your data on file and it is at risk for disclosure. |

| | | | |
|---|---|---|---|
| Domain Data Reversals | **NO** Katz Global will never do a domain information reversal. We do not have your data to even do this if we wanted. | **YES** Godaddy will put your data back in the whois database for various reasons. This is not an anonymous service if they will not stand up for their clients. | **YES** aPlus.net will put your data back in the whois database for various reasons. This is not an anonymous service if they will not stand up for their clients. |
| Contractual Obligations | **NO** Katz Global has not signed any registrar agreements with ICANN and therefore we do not need to hide behind a 2nd company to allow anonymous registrations. | **YES** Godaddy created domainsbyproxy because legally they could not do anonymous registrations due to their existing ICANN contracts. | **YES** aPlus.net created domainlistingagent.com because legally they could not do anonymous registrations due to their existing ICANN contracts. |
| Payment Options | **YES** Katz Global allows many anonymous payment methods including, cash, money orders, e-gold, evocash, intgold, pecunix and western union. Credit cards are not anonymous and therefore are not accepted. | **NO** Godaddy only accepts credit cards. | **NO** aPlus.net only accepts credit cards. |
| Hosting + add on solutions | **YES** Katz Global's main business is anonymous hosting. We provide complete anonymous solutions for all of your hosting needs. We also provide offshore hosting in Panama and the Asia Pacific Region including Hong Kong, China, Malaysia, Singapore, India and Australia. | **NO** Godaddy.com does not offer anonymous hosting and only has regular hosting in the USA. | **NO** aPlus.net does not offer anonymous hosting and only has regular hosting in the USA. |

## Order Here

**Save even more money with multi-year anonymous domain name registrations:**

| Multiple Year Pricing Saves! | 2 yrs | 3 yrs | 5 yrs | 10 yrs | Check to see if your domain name is available through our whois database: |
|---|---|---|---|---|---|
| .com | $18.95/yr* | $17.95/yr* | $16.95/yr* | $14.95/yr* | |
| .us | $18.95/yr* | $17.95/yr* | $16.95/yr* | $14.95/yr* | |
| .net | $18.95/yr* | $17.95/yr* | $16.95/yr* | $14.95/yr* | |

| | | | | | |
|---|---|---|---|---|---|
| .org | $18.95/yr* | $17.95/yr* | $16.95/yr* | $14.95/yr* | |
| .biz | $18.95/yr* | $17.95/yr* | $16.95/yr* | $14.95/yr* | |
| .info | $18.95/yr* | $17.95/yr* | $16.95/yr* | $14.95/yr* | |
| .ws | $18.95/yr* | $17.95/yr* | $16.95/yr* | $14.95/yr* | |
| .co.uk | $19.95/yr* | $18.95/yr* | $17.95/yr* | $16.95/yr* | |
| .me.uk | $19.95/yr* | $18.95/yr* | $17.95/yr* | $16.95/yr* | |
| .org.uk | $19.95/yr* | $18.95/yr* | $17.95/yr* | $16.95/yr* | **Search Here** |
| .cc | $29.95/yr* | $27.95/yr* | $26.95/yr* | $24.95/yr* | |
| .be | $49.95/yr* | $48.95/yr* | $47.95/yr* | $45.95/yr* | |
| .tv | $49.95/yr* | $48.95/yr* | $47.95/yr* | $45.95/yr* | To Order: |
| .cx | $49.95/yr* | $48.95/yr* | $47.95/yr* | $45.95/yr* | **Click Here** |
| .tc | $69.95/yr* | $68.95/yr* | $67.95/yr* | $65.95/yr* | |
| .at | $98.95/yr* | $97.95/yr* | $96.95/yr* | $94.95/yr* | |
| .co.nz | $98.95/yr* | $97.95/yr* | $96.95/yr* | $94.95/yr* | |
| .net.nz | $98.95/yr* | $97.95/yr* | $96.95/yr* | $94.95/yr* | |
| .org.nz | $98.95/yr* | $97.95/yr* | $96.95/yr* | $94.95/yr* | |
| .jp | $118.95/yr* | $117.95/yr* | $116.95/yr* | $115.95/yr* | |

* add $10 if you want offshore based whois data.

| From this: >>> | Public Registration | To this: >>> | Anonymous Registration w/offshore upgrade |
|---|---|---|---|
| Why Let The Entire World Know Your Name... Address... Phone #... and Email... | Registrant: Your Name 1234 Ash Street Yourtown, AZ 85700 Domain Name: yourdomain.com Created on: 23-Dec-02 Expires on: 23-Dec-03 Last Updated on: 25-Dec-02 Administrative Contact: Your Name yourname@yourdomain.com 1234 Ash Street Yourtown, AZ 85700 (520) 999-9999 Technical Contact: Your Name yourname@yourdomain.com 1234 Ash Street Your Town, AZ 85700 (520) 999-9999 | When You Can Keep Your Personal and Business Details Private? | Registrant: Katz Global Media Domain Trust PO Box 35267 Tucson, AZ 85740 Domain Name: YourDomain.com Created on: 23-Dec-02 Expires on: 23-Dec-03 Last Updated on: 25-Dec-02 Administrative Contact: Katz Global Media Domain Trust info@katzglobal.com PO Box 35267 Tucson, AZ 85740 520-304-6783 Technical Contact: Katz Global Media Domain Trust info@katzglobal.com PO Box 35267 Tucson, AZ 85740 520-304-6783 |

To Order your Domain(s)

## Order Here

How is a anonymous domain in trust managed?
To read our anonymous domain FAQ's Click Here

**Learn More about Private Offshore Domain Names.**

   
   

**We belong to:**
- The GDCA
- The ECMA
- The BBB

visit www.moneynetnews.com to get up to date new covering the real money industry..

© Copyright 1997-2006 Katz Global Media



New Customers Please Call 1-520-304-6783
Anonymous Hosting© and Anonymous Domain Trust© are registered Trade Marks of Katz Global Media