Home | Sitemap | Contact Us | Customer Login

English | Español

aplus.net EVERYTHING FOR YOUR ONLINE BUSINESS

24/7
HOURS A DAY

TOLL FREE: 1.877.275.8763
INTERNATIONAL: 1.858.410.6929
REQUEST A CALL

SIGN UP NOW!

Web Hosting | Domain Names | Dedicated Servers | Web Design | Internet Access | Resellers | Marketing | Support | About Us |

Domain Name Registration | Domain Name Transfer | Domain Add Ons | Multilingual Domains | Domain Reseller | More »

"Aplus.Net delivered a web site that reflects what's important to my business: uniqueness, professionalism, and a focus on the customer."

LISA MALABAD
peakpackages.com

FEATURED IN: Forbes.com

WINNER OF:

2005

# DOMAIN NAME PRIVACY $8.95

To purchase an anonymous domain, search for your domain name below and click "Yes" when asked if you would like Domain Privacy in step 2 of the registration process.

Search for your Domain | com | GO

- **Real-time domain search**
- **Fully accredited ICANN Registrar**
- **See a full list of our prices**
- **Compare Aplus.Net with the competition**

Site Search | GO

THE APLUS.NET ADVANTAGE

SUCCEED ONLINE

TAKE TOUR | VIEW TOOLS

LIVE CHAT

**Jack J Ext.1645**

Hello. If you need help registering a domain, let's chat. Or, give me a call at 1-877-275-8763 ext 1645, toll-free.

START LIVE CHAT

### Why have an anonymous domain name

- The standard domain name registration process exposes your personal contact information including names, phone numbers and addresses to the general public. This allows telemarketers, hackers, spammers and others to invade your privacy.
- Our special anonymous domain name registration system can protect you from this invasion of privacy by concealing your personal information.

### How does this work ?

- Our sister company, domainlistingagent.com, enters its own contact information rather than yours into the Whois database. This allows you to manage your online whois identity with complete privacy.
- We accept all incoming email and forward it to a private email account known only to the registrant (s) and domainlistingagent.com. Before they are forwarded, we take care to filter the messages for spam and virus infected files.
- We maintain a separate database that contains the real owners of every domain registered through our service that can not be accessed by the public. The benefit of anonymity will only be revoked if you violate our usage policy, break the law or use it to send out spam.

| Standard Registration | Anonymous Registration |
|---|---|
| • Registrant: | • Registrant: |
| John Doe<br>1234 Your Street<br>Hometown, CA 55000<br>Registered through: Aplus.Net<br>Domain Name: YourDomain.com<br>Created on: 02-Nov-03<br>Expires on: 02-Nov-05<br>Last Updated on: 08-Nov-03 | DomainListingAgent.com<br>PO Box 927010<br>San Diego, CA, 92192-7010<br>Registered through: Aplus.Net<br>Domain Name: YourDomain.com<br>Created on: 02-Nov-03<br>Expires on: 02-Nov-05<br>Last Updated on: 08-Nov-03 |

**APLUS.NET NEWS**

Aplus.Net Announces Hosting Plan Improvements

Aplus.Net Named Top 10 Web Hosting Company, Top 10 Best Dedicated Server Provider in Annual HostReview Awards

more news

**PROMOTION CENTER**

**Boost Search Engine Results with the Aplus.Net Directory**

**WHOIS SEARCH**

**Check to see who has registered any Web address.**

1 of 2 2/19/2007 3:43 PM

- Administrative Contact:

John Doe
yourname@YourDomain.com
1234 Your Street
Hometown, CA 55000
(760) 555-1212

- Administrative Contact:

DomainListingAgent.com
YourDomain@DomainListingAgent.com
PO Box 927010
San Diego, CA, 92192-7010
(858) 731-1701



Home | Web Hosting | Domain name registration | Dedicated Servers | Web Design | Internet Access | Resellers | Support | About Us
Copyright® 1996-2007 Aplus.Net Internet Services 7500 W 110th St., Suite 400, Overland Park, KS 66210  Privacy | Terms of Service

Photo Album | Online File Storage