GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (applying *pro hac vice*)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310
aberinger@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MICHAEL B. SMITH, SBN 235764
1881 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 849-5338
Fax: (650) 849-5038
msmith@gibsondunn.com

Attorneys for Defendant
VALUECLICK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALUECLICK, INC., dba VC E-COMMERCE SOLUTIONS, INC., also dba CONSUMERINCENTIVEZONE.COM, also dba PROMOTIONSGATEWAY.COM, also dba GENEROUSGENIE.COM, also dba REWARDSGATEWAY.COM, also dba CONSUMERPROMOTIONCENTER.COM, also dba REWARDAMAZON.COM, also dba GIVEAWAYCAFE.COM and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | CASE NO. C 07-03261 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff ASIS INTERNET SERVICES (the "Plaintiff") served the Complaint in this action on Defendant VALUECLICK, INC. (the "Defendant") on July 9, 2007;

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT
CASE NO. 07-03261 (EMC)

1   WHEREAS, absent an extension of time, the deadline for Defendant to answer or otherwise respond to the Complaint is July 30, 2007;

WHEREAS, there have been no prior stipulations or requests for extension of time to respond to the Complaint;

WHEREAS, counsel for Defendant recently was retained to represent Defendant in this action, and Defendant requires additional time to prepare its response to the Complaint; and

WHEREAS, Plaintiff has agreed to extend the time for Defendant to answer or otherwise respond to the Complaint by thirty (30) days beyond the time limits specified in the Federal Rules of Civil Procedure;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

Defendant VALUECLICK, INC. shall have until August 29, 2007 to answer or otherwise respond to Plaintiff's Complaint.

DATED: July 25, 2007                    SINGLETON LAW GROUP

                                        By:        /s/
                                                Jason K. Singleton

                                        Counsel for Plaintiff


DATED: July 25, 2007                    GIBSON, DUNN & CRUTCHER LLP

                                        By:        /s/
                                                Michael B. Smith

                                        Counsel for Defendant

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT                CASE NO. 07-03261 (EMC)

THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED..

Dated: _____, 2007.

_____
United States Magistrate Judge