GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (applying *pro hac vice*)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310
aberinger@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MICHAEL B. SMITH, SBN 235764
1881 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 849-5338
Fax: (650) 849-5038
msmith@gibsondunn.com

Attorneys for Defendant
VALUECLICK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>VALUECLICK, INC., dba VC E-COMMERCE SOLUTIONS, INC., also dba CONSUMERINCENTIVEZONE.COM, also dba PROMOTIONSGATEWAY.COM, also dba GENEROUSGENIE.COM, also dba REWARDSGATEWAY.COM, also dba CONSUMERPROMOTIONCENTER.COM, also dba REWARDAMAZON.COM, also dba GIVEAWAYCAFE.COM and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | CASE NO. C 07-03261 (EMC)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3.16** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  defendant, there is no such interest to report.

7  DATED: July 27, 2007                    GIBSON, DUNN & CRUTCHER LLP

9                                          By: _____/s/_____
                                                    Michael B. Smith

11                                          Counsel for Defendant

16  100270387_1.DOC