1  GIBSON, DUNN & CRUTCHER LLP
   S. ASHLIE BERINGER (applying *pro hac vice*)
2  1801 California Street, Suite 4200
   Denver, CO 80202-2642
3  Phone: (303) 298-5700
   Fax: (303) 296-5310
4  aberinger@gibsondunn.com

5  GIBSON, DUNN & CRUTCHER LLP
   MICHAEL B. SMITH, SBN 235764
6  1881 Page Mill Road
   Palo Alto, CA 94304
7  Phone: (650) 849-5338
   Fax: (650) 849-5038
8  msmith@gibsondunn.com

9  Attorneys for Defendant
   VALUECLICK, INC.
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALUECLICK, INC., dba VC E-COMMERCE SOLUTIONS, INC., also dba CONSUMERINCENTIVEZONE.COM, also dba PROMOTIONSGATEWAY.COM, also dba GENEROUSGENIE.COM, also dba REWARDSGATEWAY.COM, also dba CONSUMERPROMOTIONCENTER.COM, also dba REWARDAMAZON.COM, also dba GIVEAWAYCAFE.COM and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | CASE NO. C 07-03261 (EMC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff ASIS INTERNET SERVICES (the "Plaintiff") served the Complaint in this action on Defendant VALUECLICK, INC. (the "Defendant") on July 9, 2007;

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT                         CASE NO. 07-03261 (EMC)

1  WHEREAS, absent an extension of time, the deadline for Defendant to answer or otherwise respond to the Complaint is July 30, 2007;

WHEREAS, there have been no prior stipulations or requests for extension of time to respond to the Complaint;

WHEREAS, counsel for Defendant recently was retained to represent Defendant in this action, and Defendant requires additional time to prepare its response to the Complaint; and

WHEREAS, Plaintiff has agreed to extend the time for Defendant to answer or otherwise respond to the Complaint by thirty (30) days beyond the time limits specified in the Federal Rules of Civil Procedure;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

Defendant VALUECLICK, INC. shall have until August 29, 2007 to answer or otherwise respond to Plaintiff's Complaint.

DATED:  July 25, 2007                SINGLETON LAW GROUP

By: ___/s/_____
    Jason K. Singleton

Counsel for Plaintiff

DATED:  July 25, 2007                GIBSON, DUNN & CRUTCHER LLP

By: ___/s/_____
    Michael B. Smith

Counsel for Defendant

1
2       THE FOREGOING STIPULATION IS APPROVED
3       AND SO ORDERED..
4
5   Dated: _____August 2_____, 2007.
6
7                                                    _____
8                                                    United States Magistrate Judge
                                                     *IT IS SO ORDERED*
                                                     *Judge Edward M. Chen*
9
10
11
...
28

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S         CASE NO. 07-03261 (EMC)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT