1  GIBSON, DUNN & CRUTCHER LLP
   S. ASHLIE BERINGER (applying *pro hac vice*)
2  1801 California Street, Suite 4200
   Denver, CO 80202-2642
3  Phone: (303) 298-5700
   Fax: (303) 296-5310
4  aberinger@gibsondunn.com

5  GIBSON, DUNN & CRUTCHER LLP
   MICHAEL B. SMITH, SBN 235764
6  1881 Page Mill Road
   Palo Alto, CA 94304
7  Phone: (650) 849-5338
   Fax: (650) 849-5038
8  msmith@gibsondunn.com

9  Attorneys for Defendant
   VALUECLICK, INC.
10

11

12                          UNITED STATES DISTRICT COURT

13                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                                 SAN FRANCISCO DIVISION

15

16

17  ASIS INTERNET SERVICES, a California          CASE NO. C 07-03261 (EMC)
    corporation,
18                                                **DECLINATION TO PROCEED BEFORE**
                  Plaintiff,                      **A MAGISTRATE JUDGE**
19                                                         **AND**
          v.                                      **REQUEST FOR REASSIGNMENT TO A**
20                                                **UNITED STATES DISTRICT JUDGE**
    VALUECLICK, INC., dba VC E-COMMERCE
21  SOLUTIONS, INC., also dba
    CONSUMERINCENTIVEZONE.COM, also dba
22  PROMOTIONSGATEWAY.COM, also dba
    GENEROUSGENIE.COM, also dba
23  REWARDSGATEWAY.COM, also dba
    CONSUMERPROMOTIONCENTER.COM,
24  also dba REWARDAMAZON.COM, also dba
    GIVEAWAYCAFE.COM and DOES ONE
25  through FIFTY, inclusive,

26                Defendants.

27

28

Gibson, Dunn & Crutcher LLP

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**   CASE NO. C 07-03261 (EMC)

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge

DATED: August 9, 2007                    GIBSON, DUNN & CRUTCHER LLP


By: _____/s/_____
     Michael B. Smith

Attorneys for Defendant,
VALUECLICK, INC.

Gibson, Dunn & Crutcher LLP

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE          CASE NO. C 07-03261 (EMC)