1 GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (applying *pro hac vice*)
2 1801 California Street, Suite 4200
Denver, CO 80202-2642
3 Phone: (303) 298-5700
Fax: (303) 296-5310
4 aberinger@gibsondunn.com

5 GIBSON, DUNN & CRUTCHER LLP
MICHAEL B. SMITH, SBN 235764
6 1881 Page Mill Road
Palo Alto, CA 94304
7 Phone: (650) 849-5338
Fax: (650) 849-5038
8 msmith@gibsondunn.com

9 Attorneys for Defendant
VALUECLICK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>VALUECLICK, INC., dba VC E-COMMERCE SOLUTIONS, INC., also dba CONSUMERINCENTIVEZONE.COM, also dba PROMOTIONSGATEWAY.COM, also dba GENEROUSGENIE.COM, also dba REWARDSGATEWAY.COM, also dba CONSUMERPROMOTIONCENTER.COM, also dba REWARDAMAZON.COM, also dba GIVEAWAYCAFE.COM and DOES ONE through FIFTY, inclusive,<br><br>                Defendants. | CASE NO. C 07-03261 (PJH)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff ASIS INTERNET SERVICES (the "Plaintiff") served the Complaint in this action on Defendant VALUECLICK, INC. (the "Defendant") on July 9, 2007;

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S    CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT

1  WHEREAS, Defendant originally was required to answer or otherwise respond to the Complaint by July 30, 2007;

3  WHEREAS, the parties previously filed a stipulation and proposed order agreeing to extend the time for Defendant to answer or otherwise respond to the Complaint by thirty (30) days to August 29, 2007;

6  WHEREAS, Magistrate Judge Chen granted the parties' stipulated request to extend the time for Defendant to answer or otherwise respond to the Complaint to August 29, 2007, by order dated August 2, 2007;

9  WHEREAS Plaintiff has agreed to a brief additional extension of time of ten (10) days for Defendant to answer or otherwise respond to the Complaint;

11  WHEREAS Defendant does not intend to seek any further extensions of time to answer or otherwise respond to the Complaint.

13  NOW THEREFORE, the parties hereby stipulate and agree as follows:

Defendant VALUECLICK, INC. shall have until September 10, 2007 to answer or otherwise respond to Plaintiff's Complaint.

DATED: August 23, 2007        SINGLETON LAW GROUP

By: _____/s/_____
              Jason K. Singleton

Counsel for Plaintiff

DATED: August 23, 2007        GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
              Michael B. Smith

Counsel for Defendant

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S        CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT

1
2
3
4   THE FOREGOING STIPULATION IS APPROVED
5   AND SO ORDERED..
6
7   Dated: _____, 2007.
8
9
                                            _____
10                                          United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S            CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT