```
1  GIBSON, DUNN & CRUTCHER LLP
   S. ASHLIE BERINGER (applying pro hac vice)
2  1801 California Street, Suite 4200
   Denver, CO 80202-2642
3  Phone: (303) 298-5700
   Fax: (303) 296-5310
4  aberinger@gibsondunn.com

5  GIBSON, DUNN & CRUTCHER LLP
   MICHAEL B. SMITH, SBN 235764
6  1881 Page Mill Road
   Palo Alto, CA 94304
7  Phone: (650) 849-5338
   Fax: (650) 849-5038
8  msmith@gibsondunn.com

9  Attorneys for Defendant
   VALUECLICK, INC.
10
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VALUECLICK, INC., dba VC E-COMMERCE SOLUTIONS, INC., also dba CONSUMERINCENTIVEZONE.COM, also dba PROMOTIONSGATEWAY.COM, also dba GENEROUSGENIE.COM, also dba REWARDSGATEWAY.COM, also dba CONSUMERPROMOTIONCENTER.COM, also dba REWARDAMAZON.COM, also dba GIVEAWAYCAFE.COM and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | CASE NO. C 07-03261 (PJH) <br><br> **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEFENDANT'S TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff ASIS INTERNET SERVICES (the "Plaintiff") served the Complaint in this action on Defendant VALUECLICK, INC. (the "Defendant") on July 9, 2007;

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S    CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT

1  WHEREAS, Defendant originally was required to answer or otherwise respond to the Complaint by July 30, 2007;

3  WHEREAS, the parties previously filed a stipulation and proposed order agreeing to extend the time for Defendant to answer or otherwise respond to the Complaint by thirty (30) days to August 29, 2007;

6  WHEREAS, the Court granted the parties' stipulated request to extend the time for Defendant to answer or otherwise respond to the Complaint to August 29, 2007, by order dated August 2, 2007;

8  WHEREAS, on August 24, 2007, the parties filed a stipulation and proposed order to further extend the time for Defendant to answer or otherwise respond to the Complaint by ten (10) days to September 10, 2007;

11  WHEREAS, the Court granted the parties' stipulated request to extend the time for Defendant to answer or otherwise respond to the Complaint to September 10, 2007, by order dated August, 27, 2007;

14  WHEREAS the parties have reached a settlement in principle, and desire to stipulate to an additional extension of time of eighteen (18) days to September 28, 2007 for Defendant to answer or otherwise respond to the Complaint, to permit sufficient time for the parties to finalize their settlement agreement and file a stipulation of dismissal with the Court;

18  NOW THEREFORE, the parties hereby stipulate and agree as follows:

Defendant VALUECLICK, INC. shall have until September 28, 2007 to answer or otherwise respond to Plaintiff's Complaint.

DATED:  September 10, 2007                                    SINGLETON LAW GROUP

By: _____/s/_____
          Jason K. Singleton

Counsel for Plaintiff

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S                                    CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT

DATED:  September 10, 2007                    GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
           Michael B. Smith

Counsel for Defendant

THE FOREGOING STIPULATION IS APPROVED

AND SO ORDERED..

Dated: _____, 2007.

_____
United States District Judge

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S                    CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT