GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (applying *pro hac vice*)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310
aberinger@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MICHAEL B. SMITH, SBN 235764
1881 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 849-5338
Fax: (650) 849-5038
msmith@gibsondunn.com

Attorneys for Defendant
VALUECLICK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>VALUECLICK, INC., dba VC E-COMMERCE SOLUTIONS, INC., also dba CONSUMERINCENTIVEZONE.COM, also dba PROMOTIONSGATEWAY.COM, also dba GENEROUSGENIE.COM, also dba REWARDSGATEWAY.COM, also dba CONSUMERPROMOTIONCENTER.COM, also dba REWARDAMAZON.COM, also dba GIVEAWAYCAFE.COM and DOES ONE through FIFTY, inclusive,<br><br>            Defendants. | CASE NO. C 07-03261 (PJH)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER EXTEND DEFENDANT'S TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff ASIS INTERNET SERVICES (the "Plaintiff") served the Complaint in

this action on Defendant VALUECLICK, INC. (the "Defendant") on July 9, 2007;

WHEREAS, Defendant originally was required to answer or otherwise respond to the Complaint by July 30, 2007;

WHEREAS, the parties previously filed a stipulation and proposed order agreeing to extend the time for Defendant to answer or otherwise respond to the Complaint by thirty (30) days to August 29, 2007;

WHEREAS, the Court granted the parties' stipulated request to extend the time for Defendant to answer or otherwise respond to the Complaint to August 29, 2007, by order dated August 2, 2007;

WHEREAS, on August 24, 2007, the parties filed a stipulation and proposed order to further extend the time for Defendant to answer or otherwise respond to the Complaint by ten (10) days to September 10, 2007;

WHEREAS, the Court granted the parties' stipulated request to extend the time for Defendant to answer or otherwise respond to the Complaint to September 10, 2007, by order dated August, 27, 2007;

WHEREAS the parties have reached a settlement in principle, and desire to stipulate to an additional extension of time of eighteen (18) days to September 28, 2007 for Defendant to answer or otherwise respond to the Complaint, to permit sufficient time for the parties to finalize their settlement agreement and file a stipulation of dismissal with the Court;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

Defendant VALUECLICK, INC. shall have until September 28, 2007 to answer or otherwise respond to Plaintiff's Complaint.

DATED:  September 10, 2007                    SINGLETON LAW GROUP


By:_____/s/_____
                         Jason K. Singleton

Counsel for Plaintiff

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S                    CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT

1   DATED:  September 10, 2007                GIBSON, DUNN & CRUTCHER LLP

2

3                                            By: _____/s/_____

4                                                          Michael B. Smith

5                                               Counsel for Defendant

6

7

8

9          THE FOREGOING STIPULATION IS APPROVED

10         AND SO ORDERED..

11

12   Dated: _September 13 _____, 2007.

13

14

15   United States [...]

16



17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S          CASE NO. 07-03261 (PJH)
TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT