GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (applying *pro hac vice*)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Facsimile: (303) 313-2868
aberinger@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MICHAEL B. SMITH, SBN 235764
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
msmith@gibsondunn.com

Attorneys for Defendant
VALUECLICK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALUECLICK, INC., d/b/a VC E-COMMERCE SOLUTIONS, INC., also d/b/a CONSUMERINCENTIVEZONE.COM, also d/b/a PROMOTIONSGATEWAY.COM, also d/b/a GENEROUSGENIE.COM, also d/b/a REWARDSGATEWAY.COM, also d/b/a CONSUMERPROMOTIONCENTER.COM, also d/b/a REWARDAMAZON.COM, also d/b/a GIVEAWAYCAFE.COM and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | CASE NO. C 07-03261 (PJH)<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

S. Ashlie Beringer, an active member in good standing of the bar of Colorado whose business address and telephone number is Gibson, Dunn & Crutcher LLP, 1801 California Street, Suite 4200, Denver, Colorado 80202, Telephone: (303) 298-5718, having applied in the above-entitled action for

1

1  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
2  Plaintiff Valueclick, Inc.,
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designed in the application will
6  constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

    Dated this 13 day of September, 2007.

    United States District Judge
    Phyllis J. Hamilton

100292779_1.DOC

Gibson, Dunn & Crutcher LLP

2