# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Asis Internet Services,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Valueclick Inc.,<br><br>　　　　　Defendant(s). | 07-03261 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**George C. Fisher**
Attorney at Law
2600 El Camino Real, Suite 410
Palo Alto, CA 94306
650-424-0821
georgecfisher@gmail.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03261 PJH MED                   - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: September 17, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

———————————————
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03261 PJH MED                - 2 -