# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1801 California Street, Suite 4200  Denver, Colorado 80202-2641
(303) 298-5700
www.gibsondunn.com

ABeringer@gibsondunn.com

September 21, 2007

Direct Dial
(303) 298-5718
Fax No.
(303) 313-2868

Client No.
G 99999-00010

Honorable Phyllis J. Hamilton
U.S. District Court - Northern District of California
450 Golden Gate Avenue
Courtroom 3, 17th Floor
San Francisco, CA 94102

Re:   *ASIS Entertainment Services v. ValueClick, Inc.; Civil Action No. C 07-03261*

Dear Judge Hamilton:

We are counsel to Defendant ValueClick, Inc. in the above-referenced action and write to inform the Court that the parties have reached a settlement in this case. The parties are in the process of exchanging signatures on the settlement agreement and anticipate filing a stipulation of dismissal by the end of next week. To ensure that the parties are able to finalize the settlement and file the stipulation with the Court in advance of the case management conference currently scheduled for September 27, 2007, we respectfully request a brief fifteen day adjournment of the conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

S. Ashlie Beringer

AAB/rha
cc:   Jason Singleton, Esq.
100304477_1.DOC

CASE MANAGEMENT
CONFERENCE IS
CONTINUED TO
10/11/07 AT 2:30 P.M.

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA