**Jason K. Singleton,** State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
Phone: (707) 441-1177
Fax: (707) 441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES

**GIBSON, DUNN & CRUTCHER LLP**
**S. ASHLIE BERINGER (admitted *pro hac vice*)**
1801 California Street, Suite 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310
aberinger@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
**MICHAEL B. SMITH, SBN 235764**
1881 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 849-5338
Fax: (650) 849-5038
msmith@gibsondunn.com

Attorneys for Defendant, VALUECLICK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>**VALUECLICK, INC.**, dba VC E-COMMERCE SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. C 07-3261 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |

Plaintiff **ASIS INTERNET SERVICES** and Defendants **VALUECLICK, INC.**, dba **VC E-COMMERCE SOLUTIONS, INC., et al.** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear its own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: September 18, 2007        /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

**GIBSON, DUNN & CRUTCHER LLP**

Dated: September 26, 2007        /s/ S. Ashlie Beringer
S. Ashlie Beringer, Attorney for Defendants
**VALUECLICK, INC., et al.**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS vs VALUECLICK, INC., et al.</u>, Case Number C 07-3261 PJH, is dismissed with prejudice with each party to bear its own attorneys fees and costs.

Dated: _____        _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE