**Jason K. Singleton,** State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**Phone:  (707) 441-1177**
**Fax:  (707) 441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

**GIBSON, DUNN & CRUTCHER LLP**
**S. ASHLIE BERINGER (admitted *pro hac vice*)**
**1801 California Street, Suite 4200**
**Denver, CO 80202-2642**
**Phone: (303) 298-5700**
**Fax: (303) 296-5310**
aberinger@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
**MICHAEL B. SMITH, SBN 235764**
**1881 Page Mill Road**
**Palo Alto, CA 94304**
**Phone: (650) 849-5338**
**Fax: (650) 849-5038**
msmith@gibsondunn.com

**Attorneys for Defendant, VALUECLICK, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,**<br><br>           **Plaintiff,**<br>vs.<br><br>**VALUECLICK, INC., dba VC E-COMMERCE SOLUTIONS, INC., et al.,**<br><br>           **Defendants.** | Case No. C 07-3261 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (P~~roposed~~) ORDER** |

Plaintiff **ASIS INTERNET SERVICES** and Defendants **VALUECLICK, INC.**, dba **VC E-COMMERCE SOLUTIONS, INC., et al.** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear its own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:       September 18, 2007        /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

**GIBSON, DUNN & CRUTCHER LLP**

Dated:       September 26, 2007        /s/ S. Ashlie Beringer
S. Ashlie Beringer, Attorney for Defendants
**VALUECLICK, INC., et al.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS vs VALUECLICK, INC., et al.</u>, Case Number C 07-3261 PJH, is dismissed with prejudice with each party to bear its own attorneys fees and costs.

Dated:  10/3/07  _____        _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*